| B5 (Official Form 5) (12/07) | FORM 5. INVOLUNTARY PETITION | |
|---|---|---|
| **United States Bankruptcy Court** <br> **Eastern District of Louisiana** | | **INVOLUNTARY PETITION** |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) <br> **Virgin Oil Company, LLC** | ALL OTHER NAMES used by debtor in the last 8 years <br> (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN <br> (If more than one, state all.) <br> **72-1319002** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) <br><br> **909 Poydras Street, Suite 2200** <br> **New Orleans, LA 70112** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br> **Orleans** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) <br> **Eastern District of Louisiana** | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED <br> ■ Chapter 7     ☐ Chapter 11 | |

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts <br> (Check one box) <br><br> Petitioners believe: <br> ☐ Debts are primarily consumer debts <br> ■ Debts are primarily business debts | Type of Debtor <br> (Form of Organization) <br> ☐ Individual (Includes Joint Debtor) <br> ■ Corporation (Includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box) <br> ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ■ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached <br><br> ☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. <br> *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| **ALLEGATIONS** <br> (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b). <br> 2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. <br> 3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount; <br>                                 or <br> 3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor: **Virgin Oil Company, LLC**

B5 (Official Form 5) (12/07) - Page 2    Case No. _____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Christopher Ryan_ AUTHORIZED AGENT
Signature of Petitioner or Representative (State title)

**Baker Hughes Oilfield Operations, Inc.**    June 24, 2009
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Christopher Ryan, Authorized Agent
2929 Allen Parkway, Suite 2100
Houston, TX 77019

X _/s/ Stewart F. Peck_    June 24, 2009
Signature of Attorney       Date

Stewart F. Peck
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775
New Orleans, LA 70130
Address
Telephone No. (504)568-1990

---

X _____
Signature of Petitioner or Representative (State title)

**Quality Energy Services, Inc.**    June 24, 2009
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tony Authement, President
230 Menard Rd.
Houma, LA 70360

X _/s/ Stewart F. Peck_    June 24, 2009
Signature of Attorney       Date

Stewart F. Peck
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775
New Orleans, LA 70130
Address
Telephone No. (504)568-1990

---

X _____
Signature of Petitioner or Representative (State title)

**Sun Drilling Products Corporation**    June 24, 2009
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael Cook, COO and CFO
503 Main Street
Belle Chasse, LA 70037

X _/s/ Stewart F. Peck_    June 24, 2009
Signature of Attorney       Date

Stewart F. Peck
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775
New Orleans, LA 70130
Address
Telephone No. (504)568-1990

---

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 607,085.82 |
| Quality Energy Services, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras St., Suite 2775 New Orleans, LA 70130 | Trade Debt | 80,739.42 |
| Sun Drilling Products Corporation c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 29,708.21 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims** 717,533.45 |

__0__ continuation sheets attached

Name of Debtor: **Virgin Oil Company, LLC**

B5 (Official Form 5) (12/07) - Page 2  
Case No.

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)

**Baker Hughes Oilfield Operations, Inc.**          June 24, 2009  
Name of Petitioner                                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Christopher Ryan, Authorized Agent  
2929 Allen Parkway, Suite 2100  
Houston, TX 77019

X _____ June 24, 2009  
Signature of Attorney                Date

**Stewart F. Peck**  
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Address  
Telephone No. **(504)568-1990**

---

X _____  
Signature of Petitioner or Representative (State title)

**Quality Energy Services, Inc.**                  June 24, 2009  
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Tony Authement, ~~President~~ Sec  
230 Menard Rd.  
Houma, LA 70360

X _____ June 24, 2009  
Signature of Attorney                Date

**Stewart F. Peck**  
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Address  
Telephone No. **(504)568-1990**

---

X _____  
Signature of Petitioner or Representative (State title)

**Sun Drilling Products Corporation**              June 24, 2009  
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Michael Cook, COO and CFO  
503 Main Street  
Belle Chasse, LA 70037

X _____ June 24, 2009  
Signature of Attorney                Date

**Stewart F. Peck**  
Name of Attorney Firm (If any)

601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Address  
Telephone No. **(504)568-1990**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 607,085.82 |
| Quality Energy Services, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras St., Suite 2775 New Orleans, LA 70130 | Trade Debt | 80,739.42 |
| Sun Drilling Products Corporation c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 29,708.21 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 717,533.45 |

**0** continuation sheets attached

Name of Debtor __Virgin Oil Company, LLC__

B5 (Official Form 5) (12/07) - Page 2                Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____          X_____[signature]_____ June 24, 2009
Signature of Petitioner or Representative (State title)         Signature of Attorney                Date

__Baker Hughes Oilfield Operations, Inc.__    June 24, 2009    Stewart F. Peck
Name of Petitioner                            Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual          Christopher Ryan, Authorized Agent      601 Poydras Street, Suite 2775
Signing in Representative Capacity            2929 Allen Parkway, Suite 2100          New Orleans, LA 70130
                                              Houston, TX 77019                       Address
                                                                                      Telephone No. (504)568-1990

X_____          X_____[signature]_____ June 24, 2009
Signature of Petitioner or Representative (State title)         Signature of Attorney                Date

__Quality Energy Services, Inc.__    June 24, 2009    Stewart F. Peck
Name of Petitioner                   Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual    Tony Authement, President       601 Poydras Street, Suite 2775
Signing in Representative Capacity      230 Menard Rd.                  New Orleans, LA 70130
                                        Houma, LA 70360                 Address
                                                                        Telephone No. (504)568-1990

X_____[signature: Michael Cook]_____     X_____[signature]_____ June 24, 2009
Signature of Petitioner or Representative (State title)         Signature of Attorney                Date

__Sun Drilling Products Corporation__    June 24, 2009    Stewart F. Peck
Name of Petitioner                       Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual    Michael Cook, COO and CFO       601 Poydras Street, Suite 2775
Signing in Representative Capacity      503 Main Street                 New Orleans, LA 70130
                                        Belle Chasse, LA 70037          Address
                                                                        Telephone No. (504)568-1990

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Baker Hughes Oilfield Operations, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 607,085.82 |
| Quality Energy Services, Inc. c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras St., Suite 2775 New Orleans, LA 70130 | Trade Debt | 80,739.42 |
| Sun Drilling Products Corporation c/o Stewart F. Peck Lugenbuhl, Wheaton, Peck, et al. 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 29,708.21 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 717,533.45 |

__0__ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2  
Name of Debtor __Virgin Oil Company, LLC__  
Case No._____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Daniela P. Quast, Credit mgr._  
Signature of Petitioner or Representative (State title)

X _[signature]_  June 24, 2009  
Signature of Attorney  Date

**Newpark Mats & Integrated Services, LLC**  June 24, 2009  
Name of Petitioner  Date Signed

Stewart F. Peck  
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:  
Daniela Quast, Credit Manager  
2700 Research Forest Dr., Suite 100  
Spring, TX 77381

601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Address  
Telephone No. (504)568-1990

X _____  
Signature of Petitioner or Representative (State title)

X _____  
Signature of Attorney  Date

Name of Petitioner  Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address  
Telephone No.

X _____  
Signature of Petitioner or Representative (State title)

X _____  
Signature of Attorney  Date

Name of Petitioner  Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address  
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Newpark Mats & Integrated Services, LLC c/o Stewart F. Peck 601 Poydras Street, Suite 2775 New Orleans, LA 70130 | Trade Debt | 276,403.74 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  
**993,937.19**

_1_ of _1_ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  
Best Case Bankruptcy