UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGIN OIL COMPANY, INC. * | | CASE NO: 09-11899 |
| * | | |
| *Involuntary Debtor* * | | Section "B" |
| * | | |
| ************************************ | | Chapter 7 |

**VIRGIN OIL COMPANY, INC.'S ANSWER AND
DEFENSES AND COUNTERCLAIM TO INVOLUNTARY
PETITION SEEKING CHAPTER 7 ORDER OF RELIEF**

**NOW COMES** Virgin Oil Company, Inc. (Virgin) erroneously labeled Virgin Oil Company, LLC, to reply to the Involuntary Petition by Baker Hughes Oilfield Operations, Inc., Quality Energy Services, Inc., Sun Drilling Products Corporation, and Newpark Mat & Integrated Services, LLC., with respect represents:

I.

Virgin categorically answers the allegations of the Involuntary Petition, to-wit:

1.) Emphatically denies.

2.) Denies as pleaded and requires strict proof thereof.

3a.) Denies, requiring strict proof thereof.

II.
First Defense

4.) The petitioners fails to state a claim upon which the relief requested can be granted.

III.
Second Defense

5.) Virgin avers that the prerequisites to filing an Involuntary Petition (§303(b)) have not been fulfilled. Two of the four petitioners, namely Baker Hughes Oilfield Operations, Inc. and

Newpark Mats & Integrated Services, Inc., are the subject of a bona fide dispute as to the amount owed. Therefore, Virgin, having creditors in excess of twelve (12), asserts that the Involuntary Petition fails to have sufficient qualified petitioners to sustain the within Involuntary Petition.

IV.
Third Defense

Operations of the Well #1 Sidetrack-1 State of Louisiana Lease Number 18165, Section 001, T20S-R28E, Plaquemines Parish, Louisiana went on line June 13, 2009. Anticipated revenues to be received shortly should return Virgin to its pre-Gustav status, despite Acts of God, force majeure, over that which it could not control, for the last ten (10) months.

**COUNTER CLAIM**

Upon dismissal of this Involuntary Petition, as a bad faith filing, Virgin reserves the right to produce evidence of damages, to-wit:

- a.) embarrassment, humiliation, and impact upon Virgin's ability to continue its operations;
- b.) the necessity of employment of bankruptcy counsel to defend and participate in this bankruptcy proceeding.

WHEREFORE, the afore premises considered, Virgin Oil Company, Inc. prays that its responses and affirmative defenses be recognized and maintained, thereby dismissing the Involuntary Petition. Further, that the Court render a finding that the Involuntary Petition was filed in bad faith and reschedule a hearing on the merits of Virgin's counterclaim.

And for all general and equitable relief as the nature of the matter may permit.

Respectfully submitted,

LAW OFFICE OF EMILE L. TURNER, JR., L.L.C.

*/s/ Emile L. Turner, Jr.*

BY:_____
   EMILE L. TURNER, JR. (#12963)
   LEO D. CONGENI *Of Counsel* (#25626)
   424 Gravier Street
   New Orleans, LA 70130
   Phone: 504-586-9120

***Attorney for Virgin Oil Company, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above *Answer and Defenses and Counterclaim to Involuntary Petition Seeking Chapter 7 Order of Relief* of Virgin Oil Company, Inc. will be electronically filed on the 20th day of July, 2009, which will result in service through the Court's ECF system on the following:

| | |
|---|---|
| Stewart F. Peck | speck&lawla.com |
| U. S. Trustee's Office | USTPRegion05.NR.ECF@usdoj.gov |

FURTHER, the *Answer and Defenses and Counterclaim to Involuntary Petition Seeking Chapter 7 Order of Relief* of Virgin Oil Company, Inc. will be served via telecopier on the 20th day of July, 2009, as follows:

| | |
|---|---|
| Stewart F. Peck | 529-7418 |
| U. S. Trustee's Office | 589-4096 |
| Carl Dore, Jr. | (281) 829-1579 |
| Troy Majoue | (214) 871-2111 |

*/s/ Emile L. Turner, Jr.*
_____
EMILE L. TURNER, JR.