# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | * |
| | * |
| VIRGIN OIL CO., INC., | *  CASE NO. 09-11899 |
| | * |
| DEBTOR | *  INVOL. CH. 7 |
| | * |

*****************************************

## *EX PARTE* MOTION OF WOOD GROUP PRESSURE CONTROL, LP FOR LEAVE TO JOIN IN INVOLUNTARY PETITION

NOW INTO COURT, through undersigned counsel, comes Wood Group Pressure Control, LP ("Wood Group"), who respectfully moves the Court, as follows:

Wood Group is an unsecured creditor of Virgin Oil Company, Inc. with a non-contingent claim. Its claim is for goods, merchandise and services to the debtor in the total amount of $100,638.66, which amount represents the amount due and owing on Wood Group's Invoice Nos. 396103, 396104, 397725, 398538, 404190, 405989, 407615, 407990, 408972 and 409034, copies of which are attached hereto, *in globo*, as Exhibit "A".

Wood Group herewith requests leave to join in, and upon such leave being granted, joins in the involuntary petition under Chapter 7 of the Bankruptcy Code filed herein by Baker Hughes Oilfield Operations, Inc., Sun Drilling Products Corporation, Quality Energy Services, Inc., and Newpark Mats and Integrated Services, LLC.

WHEREFORE, Wood Group Pressure Control, LP respectfully prays for leave to join in the involuntary petition praying for an order for relief under Chapter 7 of the Bankruptcy Code against Virgin Oil Company, Inc.

Respectfully submitted,

/s/ Benjamin W. Kadden

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | STEWART F. PECK (LA #10403)<br>BENJAMIN W. KADDEN (LA #29927)<br>601 Poydras Street Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>*Attorneys for Wood Group Pressure Control, LP* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion of Wood Group Pressure Control, LP to Join in Involuntary Petition has been served upon those parties receiving electronic notification via the Court's CM/ECF System on this 29th day of July, 2009.

/s/ Benjamin W. Kadden