UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| VIRGIN OIL CO., INC., | * | CASE NO. 09-11899 |
| | * | |
| DEBTOR | * | INVOL. CH. 7 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *EX PARTE* MOTION OF NEWPARK ENVIRONMENTAL SERVICES, LLC FOR LEAVE TO JOIN IN INVOLUNTARY PETITION

NOW INTO COURT, through undersigned counsel, comes Newpark Environmental Services, LLC ("Newpark"), who respectfully moves the Court, as follows:

Newpark is an unsecured creditor of Virgin Oil Company, Inc. with a non-contingent claim. Its claim is for goods, merchandise and services to the debtor in the total amount of $7,845.00, which amount represents the amount due and owing on Newpark's Invoice Nos. 195660, 196438, 196439 and 196470, copies of which are attached hereto, *in globo*, as Exhibit "A".

Newpark herewith requests leave to join in, and upon such leave being granted, joins in the involuntary petition under Chapter 7 of the Bankruptcy Code filed herein by Baker Hughes Oilfield Operations, Inc., Sun Drilling Products Corporation, Quality Energy Services, Inc., Newpark Mats and Integrated Services, LLC and Wood Group Pressure Control, LP.

WHEREFORE, Newpark Environmental Services, LLC respectfully prays for leave to join in the involuntary petition praying for an order for relief under Chapter 7 of the Bankruptcy Code against Virgin Oil Company, Inc.

Respectfully submitted,

[signature]

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | STEWART F. PECK (LA #10403)<br>BENJAMIN W. KADDEN (LA #29927)<br>601 Poydras Street Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>*Attorneys for Newpark Environmental Services, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion of Newpark Environmental Resources, LLC has been served upon those parties receiving electronic notification via the Court's CM/ECF System on this 5th day of August, 2009.

[signature]