UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGIN OIL COMPANY, INC. | * | CASE NO: 09-11899 |
| | * | |
| *Involuntary Debtor* | * | Section "B" |
| | * | |
| ************************************ | | Chapter 7 |

## EX PARTE MOTION TO CONVERT
## INVOLUNTARY CHAPTER 7 CASE TO CHAPTER 11

**NOW COMES** Virgin Oil Company, Inc. (sometimes referred to as Virgin or Debtor), through undersigned counsel, and respectfully represents:

1. On June 25, 2009, petitioning creditors filed an involuntary petition for relief against Virgin Oil Company, Inc. (erroneously labeled Virgin Oil Company, LLC on the Petition).

2. At the hearing conducted on August 20, 2009, the Court ordered relief against the Debtor under Chapter 7 of the Bankruptcy Code.

3. Pursuant to 11 U.S.C. § 706(a), the Debtor respectfully requests that this case be converted from Chapter 7 to Chapter 11.

WHEREFORE, the afore premises considered, Virgin Oil Company, Inc. prays that the Court enter an order converting this case from Chapter 7 to Chapter 11.

And for all general and equitable relief as the nature of the matter may permit.

Respectfully submitted,

VIRGIN OIL COMPANY, INC.

BY: _____
ROBERT FULTON SMITH

**President & CEO, Virgin Oil Company, Inc.**


**LAW OFFICE OF EMILE L. TURNER, JR., L.L.C.**

BY: _____
EMILE L. TURNER, JR. (#12963)
LEO D. CONGENI *Of Counsel* (#25626)
424 Gravier Street
New Orleans, LA 70130
Phone: 504-586-9120

*Attorneys for Virgin Oil Company, Inc.*