UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGIN OIL COMPANY, INC. | * | CASE NO: 09-11899 |
| | * | |
| *Involuntary Debtor* | * | Section "A" |
| | * | |
| ************************************ | | Chapter 11 |

## ORDER CONVERTING CASE

Considering the Ex Parte Motion to Convert Involuntary Chapter 7 Case to Chapter 11 (P-32) filed by Virgin Oil Company, Inc., it is

**HEREBY ORDERED BY THIS HONORABLE COURT** that, for good cause shown, the above numbered and entitled bankruptcy case is hereby converted to a Chapter 11 Reorganization case, effective August 20, 2009.

New Orleans, Louisiana, August 26, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge