B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Virgin Oil Company, Inc.**, Case No. **09-11899**
Debtor  Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Helis Oil & Gas Company, LLC<br>228 St. Charles Avenue<br>Suite 912<br>New Orleans, LA 70130 | Helis Oil & Gas Company, LLC<br>228 St. Charles Avenue<br>Suite 912<br>New Orleans, LA 70130 | trade debt | | $1,019,783.58 |
| Helmer Directional Drilling, Inc.<br>P.O. Box 1670<br>Gretna, LA 70053 | Helmer Directional Drilling, Inc.<br>P.O. Box 1670<br>Gretna, LA 70053 | trade debt | | $376,286.46 |
| Crosby Tugs, LLC<br>Post Office Box 279<br>Golden Meadow, LA 70357 | Crosby Tugs, LLC<br>Post Office Box 279<br>Golden Meadow, LA 70357 | trade debt | DISPUTED | $309,000.00 |
| Contract Operator Prod. Services<br>c/o Brooks Greenblatt, LLC<br>Post Office Box 2671<br>Baton Rouge, LA 70821-2671 | Contract Operator Prod. Services<br>c/o Brooks Greenblatt, LLC<br>Post Office Box 2671<br>Baton Rouge, LA 70821-2671 | trade debt | | $1,106,412.76 |
| USI Southwest<br>P.O. Box 218060<br>Houston, TX<br>77218-8060 | USI Southwest<br>P.O. Box 218060<br>Houston, TX<br>77218-8060 | trade debt | | $280,700.34 |

In re **Virgin Oil Company, Inc.**                , Case No. **09-11899**

Debtor

Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ranger Speciality Supply & Control Systems P.O. Box 3307 Lafayette, LA 70502 | Ranger Speciality Supply & Control Systems P.O. Box 3307 Lafayette, LA 70502 | trade debt | | $148,999.14 |
| Offshore Marine Contractors, Inc. 113 West 113th Street Cut Off, LA 70345 | Offshore Marine Contractors, Inc. 113 West 113th Street Cut Off, LA 70345 | trade debt | | $142,575.00 |
| T. K. Stanley, Inc. P.O. Box 31 Waynesboro, MS 39367 | T. K. Stanley, Inc. P.O. Box 31 Waynesboro, MS 39367 | trade debt | | $132,500.00 |
| HB Rentals Dept. 2131 P.O. Box 122131 Dallas, TX 75312-2131 | HB Rentals Dept. 2131 P.O. Box 122131 Dallas, TX 75312-2131 | trade debt | | $114,320.50 |
| Black Warrior Wireline Corp. Department 2114 Post Office Box 122114 Dallas, TX 75213-2114 | Black Warrior Wireline Corp. Department 2114 Post Office Box 122114 Dallas, TX 75213-2114 | trade debt | | $109,927.37 |
| Exxon Mobil Corporation P.O. Box 951027 Dallas, TX 75395-1027 | Exxon Mobil Corporation P.O. Box 951027 Dallas, TX 75395-1027 | trade debt | DISPUTED | $107,351.07 |

In re Virgin Oil Company, Inc.    Case No. 09-11899
                Debtor             Chapter 11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fab-Con, Inc.<br>P.O. Box 520<br>Gonzales, LA 70707 | Fab-Con, Inc.<br>P.O. Box 520<br>Gonzales, LA 70707 | trade debt | | $92,309.75 |
| IOS, Inc.<br>P.O. Box 52327<br>Lafayette, LA 70505 | IOS, Inc.<br>P.O. Box 52327<br>Lafayette, LA 70505 | trade debt | | $84,498.40 |
| CCS Midstream Services, LLC<br>Post Office Box 840730<br>Dallas, TX 75284-0730 | CCS Midstream Services, LLC<br>Post Office Box 840730<br>Dallas, TX 75284-0730 | trade debt | | $80,506.00 |
| Gulf Offshore Logistics<br>P.O. Box 433<br>Matthews, LA 70375 | Gulf Offshore Logistics<br>P.O. Box 433<br>Matthews, LA 70375 | trade debt | | $78,625.00 |
| Patterson Rental Tools<br>P.O. Box 200522<br>Houston, TX 77216 | Patterson Rental Tools<br>P.O. Box 200522<br>Houston, TX 77216 | trade debt | | $75,660.00 |
| Talens Marine & Fuel, Inc.<br>P.O. Box 676871<br>Dallas, TX 75267-6871 | Talens Marine & Fuel, Inc.<br>P.O. Box 676871<br>Dallas, TX 75267-6871 | trade debt | | $74,266.88 |
| | | | | $66,520.00 |
| Callon Petroleum Operating Company<br>200 North Canal Street<br>Post Office Box 1287<br>Natchez, MS 39121 | Callon Petroleum Operating Company<br>200 North Canal Street<br>Post Office Box 1287<br>Natchez, MS 39121 | trade debt | | |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Virgin Oil Company, Inc.**, Case No. **09-11899**
Debtor                                    Chapter **11**

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PetroQuest Energy, Inc. c/o Incoho, Inc. 980 N.Michigan Avenue, Suite 1440 Chicago, IL 60611 | PetroQuest Energy, Inc. c/o Incoho, Inc. 980 N.Michigan Avenue, Suite 1440 Chicago, IL 60611 | trade debt | | $66,441.39 |
| Permian Tank P.O. Box 428 Kilgore, TX 75663 | Permian Tank P.O. Box 428 Kilgore, TX 75663 | trade debt | | $65,998.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Robert Fulton Smith, Jr., President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 10-1-09          Signature: _/s/_

**Robert Fulton Smith, Jr. ,President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.