UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| VIRGIN OIL COMPANY, INC. | * | Case No. 09-11899 |
| Debtor | * | Section A |

## ORDER

For the reasons set forth in the Reasons for Denying Motion to Appoint a Chapter 11 Trustee, filed herewith,

IT IS ORDERED, that CIT Capital USA, Inc.'s Motion to Appoint a Chapter 11 Trustee is DENIED.

New Orleans, Louisiana, February 12, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge