UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In Re:                              *       Chapter 11

**VIRGIN OIL COMPANY, INC.**         *       Case No. 09-11899

    **Debtor**                      *

******************************************************

**NOTICE OF PERFECTION, CONTINUATION OR MAINTENANCE OF LIEN**

PLEASE TAKE NOTICE THAT Quality Energy Services, Inc. ("Quality") the holder of an Oil, Gas and Water Well lien under the laws of the State of Louisiana (the "lien") hereby submits this Notice of Perfection, Continuation or Maintenance of Lien pursuant to 11 U.S.C. § 362(b)(3) and § 546(b)(2), and hereby perfects, maintains and continues the Lien as more particularly described below:

1. A true and correct copy of the Oil, Gas and Water Well and Statement of Privilege filed by Quality Energy Services, Inc., said lien claim having been recorded on April 27, 2009 in Book 517 page 327 as file number 2009-00001723 with the Clerk of Court for Plaquemines Parish (mortgage records) is attached hereto as Exhibit "A" and is incorporated herein by reference.

2. Quality intends to enforce its interest in the property that secured the lien.

3. The total amount due Quality on April 27, 2009 was $80,739.42.

4.  Quality hereby reserves all of the rights with respect to the lien.

PLEASE TAKE FURTHER NOTICE that all proceeds of any sale of any of the property securing the Lien constitute cash collateral under section 363(a) of the Bankruptcy Code and may not be used unless each entity that has an interest in such cash collateral consents. Quality does not consent to the use of its cash collateral. Quality demands segregation and an accounting of its cash collateral in accordance with section 363(c)(4) of the Bankruptcy Code.

Dated: July 26, 2010.

    Respectfully submitted:

    **DUVAL, FUNDERBURK, SUNDBERY,**
       **LOVELL & WATKINS**

    **BY: /s/ Stanwood R. Duval**
       **STANWOOD R. DUVAL, (27732)**
       101 Wilson Avenue
       Post Office Box 3017
       Houma, Louisiana 70361
       Phone: (985) 876-6410
       Facsimile: (985) 851-1490
       Email: stan@duvallawfirm.com
       Counsel for Quality Energy Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Perfection, Continuation or Maintenance Lien has been served upon those parties receiving electronic notification via the Court's CM/ECF System on this 26th day of July, 2010.

/s/Stanwood R. Duval
**Stanwood R. Duval**