# Plaquemines Parish Recording Page

**Dorothy M Lundin**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 297-5180

**Received From :**
DUVAL, FUNDERBURK, SUNDBERY, LOVELL
& WATKINS
101 WILSON AVE
HOUMA, LA 70361

**First MORTGAGOR**
| VIRGIN OIL INC |
|---|

**First MORTGAGEE**
| QUALITY ENERGY SERVICES INC |
|---|

**Index Type :** Mortgage  **File # :** 2009-00001723

**Type of Document :** Materialmans Lien

**Book :** 517   **Page :** 327

**Recording Pages :** 3

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana

On (Recorded Date) : 04/27/2009

At (Recorded Time) : 1:29:23PM

Doc ID - 002538570003

CLERK OF COURT
DOROTHY M LUNDIN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 04/27/2009 at 1:29:23
Recorded in Book 517 Page 327
File Number 2009-00001723

Deputy Clerk

**Return To :**

## STATEMENT OF PRIVILEGE UNDER LSA-R.S. 9:4861, ET. SEQ.

STATE OF LOUISIANA
PARISH OF TERREBONNE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish of Terrebonne, State of Louisiana, and in the presence of the two undersigned competent witnesses, therein residing:

PERSONALLY CAME AND APPEARED:

> QUALITY ENERGY SERVICES, INC., ("Claimant") a Louisiana corporation domiciled and doing business in the Parish of Terrebonne, Louisiana, whose mailing address is Post Office Box 3190, Houma, Louisiana, 70361 and represented herein by its duly authorized representative, ANTHONY P. AUTHEMENT

Who, being first duly sworn, did depose and state:

> VIRGIN OIL, INC., whose principal office is at 909 Poydras Street, Suite 2200, New Orleans, Louisiana 70112 and

> VIRGIN OFFSHORE U.S.A., INC., whose principal office is at 909 Poydras Street, Suite 2200, New Orleans, LA 70112

are justly, truly and legally indebted to and unto appearer in the full sum of EIGHTY THOUSAND SEVEN HUNDRED THIRTY-NINE AND 42/100 ($80,739.42) DOLLARS, representing the costs for the furnishing of services and/or the furnishing of equipment, materials or supplies for the production and operation of the certain oil and/or gas wells and related facilities more fully described as follows:

> FIELD: EMPIRE
> PLAQUEMINES PARISH, LOUISIANA
>
> OPERATOR: VIRGIN OFFSHORE U.S.A., INC.
> 909 POYDRAS STREET, SUITE 2200
> NEW ORLEANS, LOUISIANA 70112
>
> LEASE: STATE LEASE 18165

WELLS WORKED: #1, SERIAL #: 238330
#ID, SERIAL #: 239237

Claimant does, pursuant to the provisions of *LSA-R.S. 9:4861*, hereby claim a privilege on all the hydrocarbons produced from the wells on the leases stated hereinabove and on the mineral leases whereon the same are located, on all drilling rigs, standard rigs, machinery, appurtenances and appliances, equipment, tanks or other structures thereto attached to or located on the lease and the proceeds thereof inuring to the working interest therein in the full amount of the indebtedness, hereinabove more fully referred to and described, as well as the cost of preparing and recording this privilege, as well as ten (10%) percent attorney's fees of the amount of the above referred to indebtedness, in the event it becomes necessary to employ an attorney to enforce collection, by suit or otherwise. This affidavit is made for the purpose of preserving the lien and privilege granted by law to your appearer, QUALITY ENERGY SERVICES, INC., on your oil and gas and the oil and gas wells located at the lease and field hereinabove described as well as the equipment more fully described hereinabove and in particular, on the property described in *LSA-R.S. 9:4863*, all in the pursuance of the rights and privileges granted to the Claimant by virtue of the provisions of LSA-R.S. 9:4861, et. seq., relative to privileges on oil, gas and water wells.

THUS DONE AND SIGNED at Houma, Louisiana, on this _____ day of the month of April, 2009, in the presence of the two undersigned witnesses, and me, Notary, after a reading of the whole.

WITNESSES:

_Rita M. Couch_
_Rita M Couch_
Printed Name of Witness

_Jennifer A. Oncale_
_Jennifer A. Oncale_
Printed Name of Witness

QUALITY ENERGY SERVICES, INC.

BY: _____
ANTHONY P. AUTHEMENT

_____
Sidney C. Sundbery
Louisiana State Bar Roll #9202

SIDNEY C. SUNDBERY
NOTARY PUBLIC
Parish of Terrebonne, State of Louisiana
My Commission Is For Life
Bar Roll Number 9202

Quality:Demand:LienVirginOil.doc

2

# Plaquemines Parish, LA
## Dorothy M Lundin Clerk of Court
PO Box 40
Belle Chasse, LA 70037
Phone Number : (504) 297-5180
FaxNumber : (504) 297-5195

Official Receipt : 2009-00002913

Printed On : 04/27/2009    at  1:30:50 PM                                By : 133    on INDEX03

DUVAL, FUNDERBURK, SUNDBERY, LOVELL
& WATKINS
101 WILSON AVE
HOUMA, LA 70361

Date Recorded : April 27, 2009

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| **Book :** 517   **Page :** 327 | 1:29:23 PM | $46.00 |
| Transaction : Mortgages | | |
| VIRGIN OIL INC | | |
|   To : QUALITY ENERGY SERVICES INC | | |
| Remarks : STATEMENT OF PRIVILEGE | | |

| Accounts | Amount |
|---|---|
| Certified Copies | $5.00 |
| Conformed Copies | $0.00 |
| Copies | $0.00 |
| Mortgage Recording | $41.00 |

### Itemized Check Listing

| | |
|---|---|
| Check Number : 17436 | $46.00 |

|  | |
|---|---|
| Total Due : | $46.00 |
| Paid by Check : | $46.00 |
| Change Tendered : | $0.00 |

LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*

101 WILSON AVENUE
P. O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL

CLAUDE B. DUVAL
(1914–1986)

Area Code 985
Telephone 876-6410
Fax 851-1490

www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

April 23, 2009

Clerk, Parish of Plaquemines
Post Office Box 40
Belle Chasse, LA 70037-0040

    Re:   Oil and Gas Well Lien Affidavit

Dear Sir:

    Enclosed you will find the original and one copy of the Oil and Gas Well Lien Affidavit requested by Quality Energy Services, Inc., on Virgin Oil, Inc. and Virgin Offshore U.S.A., Inc. Please file the original in the mortgage records of your office. The copy is to be certified and returned to the undersigned in the envelope provided.

    Our check is enclosed to cover the cost of the above request.

    With kind regards, I remain

                                            Yours truly,

                                            Sidney C. Sundbery

SCS:rmc
Enclosures

STATE OF LOUISIANA
PARISH OF TERREBONNE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish of Terrebonne, State of Louisiana, and in the presence of the two undersigned competent witnesses, therein residing:

PERSONALLY CAME AND APPEARED:

*QUALITY ENERGY SERVICES, INC.*, ("Claimant") a Louisiana corporation domiciled and doing business in the Parish of Terrebonne, Louisiana, whose mailing address is Post Office Box 3190, Houma, Louisiana, 70361 and represented herein by its duly authorized representative, ANTHONY P. AUTHEMENT

Who, being first duly sworn, did depose and state:

*VIRGIN OIL, INC.*, whose principal office is at 909 Poydras Street, Suite 2200, New Orleans, Louisiana 70112 and

*VIRGIN OFFSHORE U.S.A., INC.*, whose principal office is at 909 Poydras Street, Suite 2200, New Orleans, LA 70112

are justly, truly and legally indebted to and unto appearer in the full sum of EIGHTY THOUSAND SEVEN HUNDRED THIRTY-NINE AND 42/100 ($80,739.42) DOLLARS, representing the costs for the furnishing of services and/or the furnishing of equipment, materials or supplies for the production and operation of the certain oil and/or gas wells and related facilities more fully described as follows:

| | |
|---|---|
| FIELD: | EMPIRE<br>PLAQUEMINES PARISH, LOUISIANA |
| OPERATOR: | VIRGIN OFFSHORE U.S.A., INC.<br>909 POYDRAS STREET, SUITE 2200<br>NEW ORLEANS, LOUISIANA 70112 |
| LEASE: | STATE LEASE 18165 |

WELLS WORKED: #1, SERIAL #: 238330
#ID, SERIAL #: 239237

Claimant does, pursuant to the provisions of *LSA-R.S. 9:4861*, hereby claim a privilege on all the hydrocarbons produced from the wells on the leases stated hereinabove and on the mineral leases whereon the same are located, on all drilling rigs, standard rigs, machinery, appurtenances and appliances, equipment, tanks or other structures thereto attached to or located on the lease and the proceeds thereof inuring to the working interest therein in the full amount of the indebtedness, hereinabove more fully referred to and described, as well as the cost of preparing and recording this privilege, as well as ten (10%) percent attorney's fees of the amount of the above referred to indebtedness, in the event it becomes necessary to employ an attorney to enforce collection, by suit or otherwise. This affidavit is made for the purpose of preserving the lien and privilege granted by law to your appearer, QUALITY ENERGY SERVICES, INC., on your oil and gas and the oil and gas wells located at the lease and field hereinabove described as well as the equipment more fully described hereinabove and in particular, on the property described in *LSA-R.S. 9:4863*, all in the pursuance of the rights and privileges granted to the Claimant by virtue of the provisions of LSA-R.S. 9:4861, et. seq., relative to privileges on oil, gas and water wells.

THUS DONE AND SIGNED at Houma, Louisiana, on this _____ day of the month of April, 2009, in the presence of the two undersigned witnesses, and me, Notary, after a reading of the whole.

WITNESSES:

_Rita M. Couch_
Rita M Couch
Printed Name of Witness

_Jennifer A. Oneale_
Jennifer A. Oneale
Printed Name of Witness

QUALITY ENERGY SERVICES, INC.

BY: _____
ANTHONY P. AUTHEMENT

_____
Sidney C. Sundbery
Louisiana State Bar Roll #9202

SIDNEY C. SUNDBERY
NOTARY PUBLIC
Parish of Terrebonne, State of Louisiana
My Commission Is For Life
Bar Roll Number 9202

Quality:Demand:LienVirginOil.doc