# EXHIBIT 1

A copy of the Plan of Reorganization has been filed as a separate document contemporaneously with the filing of this Disclosure Statement. Once the Disclosure Statement is approved by the Bankruptcy Court, the Plan will be distributed as Exhibit 1 to the Disclosure Statement for purposes of solicitation and voting.

# EXHIBIT 2



# AESI Holdings, LLC.

"Tomorrows Environmental Solutions Today"

70 So. Longspur Drive
The Woodlands, TX 77380
Office: 281-298-9263
E-Mail: rga@aesicorp.com

July 30, 2010

Virgin Oil Company, Inc.
909 Poydras Street
Suite 2200
New Orleans, LA 70112

**Re: $10 million commitment to acquire CIT/Whitney Bank secured notes or fund Virgin Oil Company, Inc.'s Plan of Reorganization**

Gentlemen:

This letter serves to confirm our commitment to pay up to $10 million to: (i) fund the Plan of Reorganization (the "Plan") to be filed by Virgin Oil Co., Inc. on July 30, 2010 in Bankruptcy Case No. 09-11899, pending in the United States Bankruptcy Court for the Eastern District of Louisiana or (ii) acquire the claims of CIT Capital USA, Inc. ("CIT") and Whitney National Bank ("Whitney") against Virgin Oil Company, Inc. ("Virgin") including all legal and related charges and costs associated with the 1st and 2nd liens in favor of CIT and Whitney totaling approximately $35 million (the "Indebtedness"), subject to the Term Sheet dated March 20, 2010.

We also agree to assist Virgin in establishing at a confirmation hearing that the Plan is feasible and that we have the ability to satisfy our funding commitment, including furnishing a representative to prepare for and testify at a hearing on confirmation of the Plan.

Our commitment to fund the Plan or acquire the Indebtedness is conditioned on the absence of any material and adverse change in the financial condition of the Debtor prior to confirmation or acquisition of the Indebtedness and good faith negotiation of terms governing the acquisition of the equity interest in Virgin and/or securing repayment of the funds advanced.

Sincerely,

*[signature]*



Office: 775-588-5390
Toll free: 800-313-9150
Fax: 775-588-6350
www.paxenergyinc.com

July 27, 2010

Virgin Oil Company, Inc.
909 Poydras Street
Suite 2200
New Orleans, LA 70112

Re: $10 million commitment to acquire CIT/Whitney Bank secured notes or fund Virgin Oil Company, Inc.'s Plan of Reorganization

Gentlemen:

This letter serves to confirm our commitment to pay up to $10 million to: (i) fund the Plan of Reorganization (the "Plan") to be filed by Virgin Oil Co., Inc. on July 30, 2010 in Bankruptcy Case No. 09-11899, pending in the United States Bankruptcy Court for the Eastern District of Louisiana or (ii) acquire the claims of CIT Capital USA, Inc. ("CIT") and Whitney National Bank ("Whitney") against Virgin Oil Company, Inc. ("Virgin") including all legal and related charges and costs associated with the 1st and 2nd liens in favor of CIT and Whitney totaling approximately $35 million (the "Indebtedness"), subject to the Term Sheet dated March 20, 2010.

We also agree to assist Virgin in establishing at a confirmation hearing that the Plan is feasible and that we have the ability to satisfy our funding commitment, including furnishing a representative to prepare for and testify at a hearing on confirmation of the Plan.

Our commitment to fund the Plan or acquire the Indebtedness is conditioned on the absence of any material and adverse change in the financial condition of the Debtor prior to confirmation or acquisition of the Indebtedness and good faith negotiation of terms governing the acquisition of the equity interest in Virgin and/or securing repayment of the funds advanced.

Sincerely,

Charles F. Volk, Jr.
Chairman & CEO

Office & Delivery: 295 Highway 50, Suite 2, Stateline, NV 89449
Mailing Address: P.O. Box 1148, Zephyr Cove, NV 89448-1148

# EXHIBIT 3

Empire Drilling, Completion and Workover Costs

| | Cash Call Date | AFE/Cash Call Total | Total G&G/BCP/ACP Charges | VOC Share @ .531875 GWI - ACP | VOC Share @ .850000 GWI - ACP |
|---|---|---|---|---|---|
| | | | BCP | VOC GWI Decimal 0.375834 | Revised VOC GWI Decimal 0.600628 |
| | | | ACP | 0.531875 | 0.850000 |
| Virgin Cash Promotion (G&G) | 7/11/2008 | | $ 624,166 | $ - | |
| **BCP Drilling Costs:** | | | | | |
| AFE #1 Well #1 drilling | 7/11/2008 | $ 2,400,000 | | $ 902,002 | $ 1,441,507 |
| AFE #2 Well #1 cost overruns | 10/14/2008 | $ 834,000 | | $ 313,446 | $ 500,924 |
| Drilling Reconciliation | 1/21/2009 | $ 1,186,510 | | $ 445,931 | $ 712,651 |
| Total BCP Drilling | | | $ 4,420,510 | $ 1,661,378 | $ 2,655,081 |
| **ACP:** | | | | | |
| AFE #3 Well #1st 1 drilling | 9/23/2008 | $ 1,419,900 | | $ 755,209 | $ 1,206,915 |
| AFE #4 Well #1ST Completion through rig release | 10/28/2008 | $ 2,016,000 | | $ 1,072,260 | $ 1,713,600 |
| Cash Call - Completion (Well hookup-surface equipment, "Supplemental Completion Costs") | 11/24/2008 | $ 886,900 | | $ 471,720 | $ 753,865 |
| Cash Call - Completion (Well hookup-surface equipment) | 1/20/2009 | $ 881,500 | | $ 468,848 | $ 749,275 |
| Total ACP Costs | | | $ 5,204,300 | $ 2,768,037 | $ 4,423,655 |
| Total G&G, BCP and ACP | | | $ 10,248,976 | $ 4,429,415 | $ 7,078,736 |
| **Subsequent AFE's:** | | | | | |
| Cash Call - Workover (acid treatment) | 11/2/2009 | $ 138,840 | $ 138,840 | $ 73,846 | $ 118,014 |
| Total Subseqent AFE's | | | $ 138,840 | $ 73,846 | $ 118,014 |
| Total Costs Billed to Owners Through Acid Treatment | | | $ 10,387,816 | $ 4,503,261 | $ 7,196,750 |

# EXHIBIT 4

# Empire Joint Interest Owner Payment Summary
## As of 4/30/10

Joint Interest Owners GWI Decimal Total
BCP %  0.624166
ACP %  0.468125

| | VOC Cash Call Date | AFE/Cash Call Total | Total G&G/BCP/ ACP Charges | Total Investor Share | Investor Paid | Investor Unpaid |
|---|---|---|---|---|---|---|
| Virgin Cash Promotion (G&G) | 7/11/2008 | | $ 624,166 | $ 624,166 | $ 624,166 | $ - |
| **BCP Drilling Costs:** | | | | | | |
| AFE #1 Well #1 drilling | 7/11/2008 | $ 2,400,000 | | $ 1,497,998 | $ 1,497,998 | $ - |
| AFE #2 Well #1 cost overruns | 10/14/2008 | $ 834,000 | | $ 520,554 | $ 491,365 | $ 29,190 |
| Drilling Reconciliation | 1/21/2009 | $ 1,186,510 | | $ 740,579 | $ 547,289 | $ 193,291 |
| Total BCP Drilling | | | $ 4,420,510 | $ 2,759,132 | $ 2,536,652 | $ 222,481 |
| Total BCP Costs, Including G&G | | | $ 5,044,676 | $ 3,383,298 | $ 3,148,863 | $ 234,436 |
| **ACP:** | | | | | | |
| AFE #3 Well #1st 1 drilling | 9/23/2008 | $ 1,419,900 | | $ 564,691 | $ 638,068 | $ 26,623 |
| AFE #4 Well #1ST Completion through rig release | 10/28/2008 | $ 2,016,000 | | $ 943,740 | $ 890,820 | $ 52,920 |
| Cash Call - Completion (Well hookup-surface equipment, "Supplemental Completion Costs") | 11/24/2008 | $ 886,900 | | $ 415,180 | $ 391,887 | $ 23,280 |
| Cash Call - Completion (Well hookup-surface equipment) | 1/20/2009 | $ 881,500 | | $ 412,652 | $ 308,339 | $ 104,326 |
| Total ACP Costs | | | $ 5,204,300 | $ 2,436,263 | $ 2,229,113 | $ 207,149 |
| Total Cost ThroughCompletion (G&G, BCP and ACP) | | | $10,248,976 | $ 5,819,561 | $ 5,389,931 | $ 429,630 |
| **Subsequent AFE's:** | | | | | | |
| Cash Call - Workover (acid treatment) | 11/2/2009 | $ 138,840 | $ 138,840 | $ 64,994 | $ 48,594 | $ 16,400 |
| Total Subseqent AFE's | | | $ 138,840 | $ 64,994 | $ 48,594 | $ 16,400 |
| Total Costs Billed to Owners Through Acid Treatment | | | $10,387,816 | $ 5,884,555 | $ 5,438,525 | $ 446,030 |

# EXHIBIT 5

VIRGIN OIL COMPANY, INC.
PREFERRED STOCK TRANSACTIONS CLASS A

| Date Issued | Cert # | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance | |
|---|---|---|---|---|---|---|---|
| 9/2/1999 | 14 | Dow | John P. | 4 | | | 4 |
| 9/2/1999 | 15 | Dow, John P. as Custodian for Julian Dow | 1 | | | 1 | |
| 9/29/1999 | 6 | Moore | Paul H., M.D. | 1 | | | 1 |
| 9/30/1999 | 3 | Brown | Raymond & Carolyn S., JTROS | 6 | | | 6 |
| 10/14/1999 | 7 | Smith | L. Gary and Opel R., JTROS | 2 | | | 2 |
| 11/22/1999 | 4 | Whitehead | John J., Jr. | 4 | | | 4 |
| 12/13/1999 | 9 | McNair | Alfred E., Jr., M.D. | 4 | | | 4 |
| 12/13/1999 | 17 | Hsu | Jim Chieh and Kien Chang | 1 | | | 1 |
| 12/13/1999 | 18 | Yi | Yu Huan | 2 | | | 2 |
| 12/13/1999 | 19 | Hui | Llog Pei Hui & Xu Xin Wen | 1 | | | 1 |
| 1/20/2000 | 10 | Bell | Rubie C. | 1 | | | 1 |
| 2/1/2000 | 11 | Lamb | Linda Lou | 1 | | | 1 |
| 2/4/2000 | 12 | Tatum | John M., Jr. | 6 | | | 6 |
| 2/4/2000 | 13 | Paul N. Temple Revocable Trust u/a 02/11/80 | 1 | | | 1 | |
| 2/10/2000 | 1 | Dow | John P. | 6 | | | 6 | See #A0002 |
| 2/10/2000 | 22 | Dow | John Paul | 6 | | | 6 | Name change original cert # A0005 |
| 9/1/1999 | 23 | Williams Holding Company, LLC | 2 | | | 2 | | Name change original cert # A0008 |
| 10/27/1999 | 24 | Williams Holding Company, LLC | 2 | | | 2 | |
| | | | 48 | - | | 48 | |

Each share of Preferred A converts to 12,500 shares of common stock

VIRGIN OIL COMPANY, INC.
PREFERRED STOCK TRANSACTIONS CLASS B

| Date Issued | Cert # | LAST NAME | FIRST NAME | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 5/1/2000 | 1 | Anderson Oil Company, Inc. | | 1 | | | 1 | |
| 8/8/2000 | 2 | Yerger | Jane P. | 1 | | | 1 | |
| 6/6/2000 | 3 | Prater | Harlan I., III | 1 | | | 1 | |
| 6/12/2000 | 4 | Foster | Walter, Rex, Sr. and Amelie Harkey, JTRS | 1 | | | 1 | |
| 6/12/2000 | 6 | Montague | Mary Dixon | 2 | | | 2 | |
| 6/12/2000 | 7 | McMullan | Mary George W. | 2 | | | 2 | |
| 8/12/2000 | 8 | Montague | Frank D., Jr. | 1 | | | 1 | |
| 7/27/2000 | 13 | Temple | Diane | 2 | | | 2 | |
| 8/7/2000 | 15 | Spence | James E. | 2 | | | 2 | |
| 9/11/2000 | 17 | Strunk | Sherelva C. | 1 | | | 1 | |
| 9/27/2000 | 20 | Willmer | Charles Inman, M.D. | 17 | | | 17 | |
| 9/28/2000 | 21 | Brown | Raymond L. & Carolyn S., JTIC | 1 | | | 1 | |
| 9/29/2000 | 22 | Skutch Trust dtd 07/25/91 Robert E. Skutch, Trustee | | 1 | | | 1 | |
| 9/28/2000 | 23 | Insight Associates | | 1 | | | 1 | |
| 10/2/2000 | 24 | Whitson | Dr. William W. | 1 | | | 1 | |
| 10/2/2000 | 25 | Skutch | Judith Skutch | 1 | | | 1 | |
| 10/3/2000 | 26 | Skutch | Lee | 1 | | | 1 | |
| 10/3/2000 | 27 | Skutch | Andrew | 1 | | | 1 | |
| 10/18/2000 | 28 | Hoover | Jack C., M.D. c/o Morgan Keegan 401k | 2 | | | 2 | |
| 10/18/2000 | 30 | Tatum | John M., Jr. | 6 | | | 6 | |
| 10/19/2000 | 31 | Whitehead | John J., Jr. | 1 | | | 1 | |
| 10/20/2000 | 33 | Gaines | Lucy Dunn | 3 | | | 3 | |
| 10/23/2000 | 34 | Three Swallows Foundation (Temple) | | 1 | | | 1 | |
| 10/23/2000 | 35 | Paul N. Temple Revocable Trust u/a dated 2/11/80 | | 1 | | | 1 | |
| 10/23/2000 | 38 | Whitson | Dr. William W. | 1 | | | 1 | |
| 10/23/2000 | 38 | Weaver | Julie Barber | 1 | | | 1 | |
| 10/23/2000 | 39 | Weaver | Roberts V., Jr. | 1 | | | 1 | |
| 10/23/2000 | 40 | Williams | Bill T. | 1 | | | 1 | |
| 10/23/2000 | 43 | Rees | Thomas J. | 1 | | | 1 | |
| 10/24/2000 | 44 | Skutch Trust dtd 07/25/91 Robert E. Skutch, Trustee (Skutch) | | 1 | | | 1 | |
| 10/24/2000 | 45 | Foundation for Inner Peace, Inc. | | 1 | | | 1 | |
| 10/25/2000 | 46 | Syla | John R. | 6 | | | 6 | |
| 10/25/2000 | 47 | Egan | Virginia Sylla Egan, Trustee u/w James R. Sylla | 6 | 1 | | 6 | |
| 10/26/2000 | 48 | Spencer | David S.and Mary S., JTROS | 1 | | | 1 | |
| 10/30/2000 | 49 | Barber | Susan M. | 2 | | | 2 | |
| 10/31/2000 | 50 | Omero Anstalt, a Liechtenstein Trust | | 1 | | | 1 | |
| 11/2/2000 | 52 | Paul N. Temple Revocable Trust u/a dated 2/11/80 | | 3 | | | 3 | |
| 11/2/2000 | 53 | Three Swallows Foundation (Temple) | | 2 | | | 2 | |
| 11/2/2000 | 54 | Moore | Paul H., M.D. | 1 | | | 1 | |
| 11/3/2000 | 55 | Grafton | Daniel A. | 1 | | | 1 | |
| 11/10/2000 | 57 | Brondum | William C., Jr. | 1 | | | 1 | |
| 11/15/2000 | 58 | Mitchell | William H.and Jo N., JTROS | 1 | | | 1 | |
| 11/15/2000 | 59 | Strunk | Sherelva C. | 1 | | | 1 | |
| 11/14/2000 | 60 | Barber | David R. | 1 | | | 1 | |
| 11/14/2000 | 61 | Schloegel | George A. | 1 | | | 1 | |
| 11/20/2000 | 63 | Charles Schwab & Co., Inc., FBO Robert Barber, Jr. | | 1 | | | 1 | |
| 11/17/2000 | 64 | Lane | Hobson | 1 | | | 1 | |
| 7/25/2000 | 65 | Hoover | Jack C. Hoover, M.D. c/o Morgan Keegan 401k | 4 | | | 4 | |
| 1/2/2001 | 67 | Strunk | Sherelva C. and Tiffany Shea | 1 | | | 1 | |
| 11/1/2000 | 68 | Portas | Constance West Portas, Jee West Living Trust, M. Bruce Brister, Doug | 1 | | | 1 | |
| 3/9/2001 | 68 | Temple | Diane | 1 | | | 1 | |
| 3/9/2001 | 70 | Paul N. Temple Revocable Trust u/a dated 2/11/80 | | 4 | | | 4 | |
| 6/7/2002 | 71 | Yerger | Mary M. | 2 | 2 | | | |
| 9/25/2000 | 72 | Chelsty | John S. | 34 | 34 | | | |
| 7/23/2001 | 73 | Bryan Bell Family Ltd. Partnership No. 1 | | 1 | | | 1 | |
| 5/1/2001 | 76 | Lott | Senator Trent | 2 | | | 2 | Reissued in the name of Rivers, LP # 65 |
| 12/25/2000 | 78 | Boland | Robert J. | 1 | 2 | | 1 | |
| 8/14/2001 | 79 | Cantrell | Bill G. | 2 | | | 2 | |
| 8/14/2001 | 80 | Cantrell | Steven M. | 2 | | | 2 | |
| 10/26/2000 | 82 | Spencer | David L. Mary S., JTROS | 2 | | | 2 | |
| 12/25/2000 | 83 | Paula W. McClure, Trustee of the Intangible Tax Trust Agreement | | 2 | 2 | | | |
| 12/25/2000 | 84 | Boland | Robert J. | 2 | | | 2 | Affidavit for lost certificate reissued 4/22/02 Cert 10 |
| 6/7/2002 | 85 | Rivers, LP | | 2 | | | 2 | Affidavit for lost certificate reissued 4/22/02 Cert 11 |
| 7/21/2000 | 86 | McMullan | Paul W. | 1 | | | 1 | Reissued to correct middle Initial Cert 48 |
| 5/1/2001 | 87 | Ballard Living Trust dated April 27, 2004 | | 2 | | | 2 | Boland stock - Reissued # 78 |
| 11/9/2000 | 88 | Barber Virgin Investments, LLC | | 34 | 34 | | | Reissued # 83 back into Boland's name |
| 9/25/2000 | 89 | Chelsty | John S. | 17 | | | 17 | Reissued # 71 - originally Mary Yerger |
| 9/25/2000 | 90 | Chelsty | John S. | 1 | | | 1 | Reissued # 28 |
| 11/17/2000 | 92 | McFarland Management Group, LLC | | 2 | | | 2 | Reissued #B0081 |
| 10/25/2006 | 93 | Lane | S. Weasley | 5 | | | 5 | Originally issued B0059 in the name of Edwin Barber |
| 4/8/2005 | 99 | Petroleum Law Center, LLC | | 6 | | | 6 | Originally # 75 issued in the name of Donaldson, Lufkin/ Reissue |
| 10/23/2000 | 100 | Donna Barber Living Trust, The | | 2 | | | 2 | Split certificate # 59 into cert # 90, 91 |
| | | | | | | | | Reissued certificate B 062 |
| | | | | | | | | Issued # B0093 into personal name/ Reissued into # B0095 |
| | | | | | | | | Issued from certificate # 95 |
| | | | | | | | | Original certificate # B042 |
| | | | | 214 | 75 | | 139 | |

Each share of Preferred B converts to 10,000 shares of common stock

VIRGIN OIL COMPANY, INC.
PREFERRED STOCK TRANSACTIONS CLASS C

| Date Issued | LAST NAME | FIRST NAME | Shares Issued | Par Value | Extended Amount | Date Surrendered | Shares Surrendered | Shares Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2003 | Wilmer, M.D. | Charles Inman | 25.00000 | 60,000 | $ 1,500,000.00 | | | 25.00000 | |
| 1/24/2003 | Anekda Investments, LLC | | 8.33300 | 60,000 | $ 499,980.00 | | | 8.33300 | |
| 6/23/2003 | Mounger | W. D. | 4.16667 | 60,000 | $ 250,000.00 | | | 4.16667 | |
| 7/15/2003 | Sewell Group, Ltd., The | | 11.66667 | 60,000 | $ 700,000.00 | | | 11.66667 | |
| 3/19/2003 | Vosbein | Robert A. | 2.50000 | 60,000 | $ 150,000.00 | | | 2.50000 | |
| 8/13/2003 | Bacot Foundation, Inc. | | 4.16667 | 60,000 | $ 250,000.00 | | | 4.16667 | |
| 9/9/2003 | Lamb | George Gene and Linda Lou | 6.66700 | 60,000 | $ 400,020.00 | | | 6.66700 | |
| 9/23/2003 | G H Oil & Gas, Inc. | | 4.16667 | 60,000 | $ 250,000.00 | | | 4.16667 | |
| 6/24/2003 | Mavar | Victor | 16.66670 | 60,000 | $ 1,000,002.00 | | | 16.66670 | Original cert #7 destroyed by Hurricane Katrina |
| 12/27/2002 | Richard & Lois Gunther Family Foundation | | 2.00000 | 60,000 | $ 120,000.00 | | | 2.00000 | Reissued C015, split into C018 & C019 |
| 2/21/2003 | Adams and Reese Executive Committee FBO Robert A. Vosbein | | 0.50000 | 60,000 | $ 30,000.00 | | | 0.50000 | Reissued C015, split into C018 & C019 |
| | | | 87.50005 | | $ 4,250,000.00 | | | 90.00005 | |

Each share of Preferred C converts to 10,000 shares of common stock

COMMON STOCK TRANSACTIONS

| Date Issued | Cert # | Issued to | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance |
|---|---|---|---|---|---|---|---|
| 1/29/1998 | 5 | Stewart | Hampton | 50,000 | | | 50,000 |
| 1/29/1998 | 8 | Basset | Jeffrey | 15,000 | | | 15,000 |
| 1/29/1998 | 11 | McCormick III | James L. | 10,000 | | | 10,000 |
| 1/29/1998 | 13 | Sang | William | 230,000 | | | 230,000 |
| 1/29/1998 | 14 | Sang | Wing and Wai Ling | 4,000 | | | 4,000 |
| 1/29/1998 | 15 | Sang | Wai Ling | 2,000 | | | 2,000 |
| 1/29/1998 | 16 | Louie | Hoi Ling | 6,000 | | | 6,000 |
| 1/29/1998 | 17 | Sang | Hoi Yi5 | 5,000 | | | 5,000 |
| 1/29/1998 | 18 | Kong | Jenita | 5,000 | | | 5,000 |
| 1/29/1998 | 19 | Tang | Patricia | 9,000 | | | 9,000 |
| 1/29/1998 | 20 | Tang | Frank | 1,000 | | | 1,000 |
| 1/29/1998 | 21 | Cheung | Lim Leung and Yuet Ngor | 63,260 | | | 63,260 |
| 1/29/1998 | 22 | Leung | Ping Tong and Kit Ching | 6,020 | | | 6,020 |
| 1/29/1998 | 23 | Lo | Wing Yee | 4,720 | | | 4,720 |
| 1/29/1998 | 24 | Liu | Ta Chiang and Ai Nein | 1,900 | | | 1,900 |
| 1/29/1998 | 25 | Deitch | Lyle | 47,755 | | | 47,755 |
| 1/29/1998 | 27 | Zhao | Xue Fang | 2,052 | | | 2,052 |
| 1/29/1998 | 28 | Cheng | Kim Cheong | 858 | | | 858 |
| 1/29/1998 | 30 | Cheng | Kim Leung and Rebecca | 1,960 | | | 1,960 |
| 1/29/1998 | 31 | Chan | Lisa B. | 800 | | | 800 |
| 1/29/1998 | 32 | Ricciardi | Filomena | 900 | | | 900 |
| 1/29/1998 | 33 | Gong | Robert and Stella | 4,890 | | | 4,890 |
| 1/29/1998 | 34 | Gong | Theron | 2,630 | | | 2,630 |
| 1/29/1998 | 35 | Mak | Jon | 59,691 | | | 59,691 |
| 1/29/1998 | 36 | Mak | Judy | 20,000 | | | 20,000 |
| 1/29/1998 | 37 | Mak | Frank | 12,256 | | | 12,256 |
| 1/29/1998 | 38 | Ling | Nancy Q. | 10,400 | | | 10,400 |
| 1/29/1998 | 39 | Mak | Wing | 4,900 | | | 4,900 |
| 1/29/1998 | 40 | Mak | Lin Sau and Fook Hong | 12,450 | | | 12,450 |
| 1/29/1998 | 41 | Wong | Janet | 1,000 | | | 1,000 |
| 1/29/1998 | 42 | Liu | Anthony | 4,000 | | | 4,000 |
| 1/29/1998 | 43 | Tsai | Ta Chiang | 2,000 | | | 2,000 |
| 1/29/1998 | 44 | Toy | Mei Ying | 26,330 | | | 26,330 |
| 1/29/1998 | 45 | Chow | Philip | 4,000 | | | 4,000 |
| 1/29/1998 | 46 | Gong | Patricia A. | 1,000 | | | 1,000 |
| 1/29/1998 | 47 | Olsen | Stella | 10,000 | | | 10,000 |
| 1/29/1998 | 48 | Hawkins | Kenneth A. | 1,000 | | | 1,000 |
| 1/29/1998 | 50 | Hong | James | 1,400 | | | 1,400 |
| 1/29/1998 | 51 | Hong | Louisa S. and Sau Ping | 1,740 | | | 1,740 |
| 1/29/1998 | 52 | So | Louisa S. and Leeman | 2,990 | | | 2,990 |
| 1/29/1998 | 53 | Cheng | Siu Kei | 450 | | | 450 |
| 1/29/1998 | 54 | Chung | Eric H. | 500 | | | 500 |
| 1/29/1998 | 55 | Lee | Sher Chiu and Martha | 1,250 | | | 1,250 |
| 1/29/1998 | 56 | Cheng | John and Maggie Y. | 12,000 | | | 12,000 |
| 1/29/1998 | 57 | Dinstl | Yau Kong and Virginia Chiu | 4,000 | | | 4,000 |
| 1/29/1998 | 58 | Cheung | Yim Ling and Norbert | 4,000 | | | 4,000 |
| 1/29/1998 | 60 | Cheung | Hong P. | 2,000 | | | 2,000 |
| 1/29/1998 | 61 | Cheung | Brenda S. and Ming Tat | 400 | | | 400 |
| 1/29/1998 | 62 | Ng | Koon Po | 200 | | | 200 |
| 1/29/1998 | 63 | Tse | Shu Pui and Fong Sio Lei | 3,000 | | | 3,000 |
| 1/29/1998 | 64 | Wong | Wai Cheung and Yim Le | 1,000 | | | 1,000 |
| 1/29/1998 | 65 | Wong | Yan S. | 1,000 | | | 1,000 |



| Date Issued | Cert # | Issued to | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance |
|---|---|---|---|---|---|---|---|
| 1/29/1998 | 66 | Zhen | Bing Xi and Jianqing Zhang | 3,000 | | | 3,000 |
| 1/29/1998 | 67 | Ming | Ning Dong | 10,000 | | | 10,000 |
| 1/29/1998 | 68 | Mei | Huang | 2,000 | | | 2,000 |
| 1/29/1998 | 69 | Yee | Shok Jean | 1,000 | | | 1,000 |
| 1/29/1998 | 70 | Lee | Lai Wan | 1,400 | | | 1,400 |
| 1/29/1998 | 71 | Yea | King C. and Mo Kit Lum | 4,000 | | | 4,000 |
| 1/29/1998 | 72 | Yea | Ken Sing | 1,000 | | | 1,000 |
| 1/29/1998 | 73 | Lee | Katherine | 5,000 | | | 5,000 |
| 1/29/1998 | 74 | Lee | Anna | 5,000 | | | 5,000 |
| 1/29/1998 | 75 | Lau | David | 2,000 | | | 2,000 |
| 1/29/1998 | 77 | Woo | Julie | 1,000 | | | 1,000 |
| 1/29/1998 | 78 | Lo | Felipe | 1,600 | | | 1,600 |
| 1/29/1998 | 79 | Chong | Hon Shan | 3,000 | | | 3,000 |
| 1/29/1998 | 80 | Hon | Laina | 2,000 | | | 2,000 |
| 1/29/1998 | 82 | Ricciardi | Lino P. | 600 | | | 600 |
| 1/29/1998 | 83 | Schwartz | Glenn and Helene | 4,000 | | | 4,000 |
| 1/29/1998 | 84 | Tang | Abelardo Titfoo and Chi Ling | 10,000 | | | 10,000 |
| 1/29/1998 | 85 | Chow | Yuen and Mei Ying | 400 | | | 400 |
| 1/29/1998 | 86 | Chin | Penny June | 110,000 | | | 110,000 |
| 1/29/1998 | 87 | Chin | Penny Jane | 50,000 | | | 50,000 |
| 1/29/1998 | 88 | Chin | Jay J | 50,000 | | | 50,000 |
| 1/29/1998 | 89 | Tagg | Jack and Hedy Chang | 10,000 | | | 10,000 |
| 1/29/1998 | 90 | Boland | George C. | 5,000 | | | 5,000 |
| 1/29/1998 | 92 | Connelly | James E., Jr. | 10,000 | | | 10,000 |
| 1/29/1998 | 93 | Langinais | James | 10,000 | | | 10,000 |
| 1/29/1998 | 94 | Leachman | Kent | 25,000 | | | 25,000 |
| 1/29/1998 | 97 | Ratte | Thomas | 50,000 | | | 50,000 |
| 1/29/1998 | 98 | Sokol | Geoffrey | 37,500 | | | 37,500 |
| 4/30/1998 | 99 | Sang | Paul | 25,000 | | | 25,000 |
| 4/30/1998 | 100 | Smith | William | 10,000 | | | 10,000 |
| 5/29/1998 | 101 | Hugel | Gary | 4,000 | | | 4,000 |
| 7/27/1998 | 103 | Wong | Dieter | 60,000 | | | 60,000 |
| 10/1/1998 | 104 | Deng | Sua Ping | 3,000 | | | 3,000 |
| 12/15/1998 | 106 | Chin | Long Long | 5,000 | | | 5,000 |
| 2/3/1999 | 107 | Huan | Neil K.J. | 70,000 | | | 70,000 |
| 2/3/1999 | 109 | Yi | Yu & Xui Jian Hong | 10,000 | | | 10,000 |
| 2/5/1999 | 111 | Yu | Yu Huan | 40,000 | | | 40,000 |
| 2/18/1999 | 112 | Sang | Zhan Qiang | 10,000 | | | 10,000 |
| 2/19/1999 | 113 | Lai | William | 20,000 | | | 20,000 |
| 2/19/1999 | 114 | Chiu | Yee Hon | 50,000 | | | 50,000 |
| 2/19/1999 | 115 | Chin | Nancy | 10,000 | | | 10,000 |
| 2/26/1999 | 116 | Tang | Penny June | 10,000 | | | 10,000 |
| 2/26/1999 | 118 | Hong | Abelardo Titfoo & Chi Lin | 5,000 | | | 5,000 |
| 2/26/1999 | 120 | Liu | Louisa S. | 20,000 | | | 20,000 |
| 2/26/1999 | 121 | Yu | Ta Chiang | 20,000 | | | 20,000 |
| 2/26/1999 | 122 | Yu | You Huan & Hai Feng | 10,000 | | | 10,000 |
| 2/26/1999 | 123 | Chen | Huan Hong | 2,000 | | | 2,000 |
| 2/26/1999 | 124 | Eng | Jian Wei | 2,000 | | | 2,000 |
| 2/26/1999 | 125 | Eng | Jenelle | 2,000 | | | 2,000 |
| 2/26/1999 | 127 | Eng | Jonathan | 5,000 | | | 5,000 |
| 3/1/1999 | 128 | Ming | Ning Dong | 50,000 | | | 50,000 |
| 3/1/1999 | 131 | Sang | William | | | | |



| Date Issued | Cert # | Issued to | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance |
|---|---|---|---|---|---|---|---|
| 6/23/1999 | 135 | Minton | Edward Lyle & Robin | 30,000 | | | 30,000 |
| 8/31/1999 | 138 | Chin | Jack and Jane | 70,000 | | | 70,000 |
| 8/31/1999 | 139 | Chin | Penny June | 22,000 | | | 22,000 |
| 9/29/1999 | 143 | Willmer | David | 16,850 | | | 16,850 |
| 9/29/1999 | 145 | McNiel | Theo M | 36,975 | | | 36,975 |
| 9/29/1999 | 149 | Gosnell | Ruble Bell | 1,000 | | | 1,000 |
| 10/13/1999 | 150 | Larson | Helen Bell | 1,000 | | | 1,000 |
| 10/13/1999 | 151 | Bell | Bryan | 1,000 | | | 1,000 |
| 10/13/1999 | 152 | Bell | Beverly | 1,000 | | | 1,000 |
| 10/13/1999 | 153 | Barrett | Barbara Bell | 1,000 | | | 1,000 |
| 10/13/1999 | 154 | Larson | Gary O. | 1,000 | | | 1,000 |
| 10/13/1999 | 155 | Janusa | Frank | 500 | | | 500 |
| 10/13/1999 | 156 | Palmtier | Doris | 500 | | | 500 |
| 10/13/1999 | 157 | Crosby | Stanley | 500 | | | 500 |
| 10/13/1999 | 158 | Cole | William | 500 | | | 500 |
| 10/13/1999 | 159 | Perry | Sara | 200 | | | 200 |
| 10/13/1999 | 160 | Bell | Bradley | 200 | | | 200 |
| 10/13/1999 | 161 | Bell | Ashley A | 200 | | | 200 |
| 10/13/1999 | 162 | Bell | Ruble | 200 | | | 200 |
| 10/13/1999 | 163 | Bell | Brian | 7,750 | | | 7,750 |
| 10/27/1999 | 164 | Mounger | W. D. | 6,150 | | | 6,150 |
| 5/18/2000 | 169 | Satterlee | Stephen | 50,000 | | | 50,000 |
| 8/4/2000 | 174 | Chin | Jane and Jack | 12,500 | | | 12,500 |
| 8/31/2000 | 175 | Hughes | Horace O. | 61,000 | | | 61,000 |
| 9/14/2000 | 176 | Demars | Dr. Tom | 4,500 | | | 4,500 |
| 9/14/2000 | 177 | Demars | Elizabeth L., Camille Nicole, Thomas Cl. | 2,500 | | | 2,500 |
| 12/29/2000 | 182 | Adams & Reese 401k Plan FBO R A Vosbein Sr. | | 28,000 | | | 28,000 |
| 12/29/2000 | 184 | Robert A. Vosbein Intervivos Trust / Robert A. Vosbein, Jr. | | 6,300 | | | 6,300 |
| 12/29/2000 | 185 | Robert A. Vosbein Intervivos Trust / Lauren Elizabeth Procter Vosbein | | 6,300 | | | 6,300 |
| 12/29/2000 | 186 | Robert A. Vosbein Intervivos Trust / Henry Casey Vosbein | | 6,300 | | | 6,300 |
| 12/29/2000 | 187 | Stevens | Jean M. | 600 | | | 600 |
| 12/27/2000 | 188 | Gulf Coast OB GYN 401K P/S dtd 7/1/79 FBO Jack C. Hoover, MD | | 10,000 | | | 10,000 |
| 12/28/2000 | 189 | Selman | John B. and Valerie H. | 1,000 | | | 1,000 |
| 2/5/2001 | 193 | Hughes | Horace O. | 1,000 | | | 1,000 |
| 2/7/2001 | 194 | Selman | Herbert W. and Inazella P., JTROS | 2,000 | | | 2,000 |
| 2/26/2001 | 196 | Guo | Xue Lan | 5,000 | | | 5,000 |
| 2/26/2001 | 197 | Jin | William Zachary | 3,000 | | | 3,000 |
| 2/26/2001 | 198 | Chin | Jack and Jane | 2,000 | | | 2,000 |
| 2/26/2001 | 199 | Lee | Kai N. | 10,000 | | | 10,000 |
| 2/25/2001 | 200 | Lee | Dana Jeffrey | 10,000 | | | 10,000 |
| 3/7/2001 | 201 | Lane Investments, LP | | 150,000 | | | 150,000 |
| 3/8/2001 | 202 | Richardson | William Read | 7,500 | | | 7,500 |
| 3/8/2001 | 203 | Williamson | John Harry | 10,000 | | | 10,000 |
| 3/8/2001 | 204 | Crosby | Samuel N. | 10,000 | | | 10,000 |
| 3/7/2001 | 205 | Hughes | Horace O. | 500 | | | 500 |
| 3/19/2001 | 207 | Gevirtz Family Trust | | 20,000 | | | 20,000 |
| 5/23/2001 | 209 | Paul N. Temple Revocable Trust u/a dated 2/11/80 | | 27,000 | | | 27,000 |
| 8/21/2001 | 216 | Cole | John H., Jr. | 4,615 | | | 4,615 |
| 9/18/2001 | 220 | McVea | Charles , Jr. | 2,307 | | | 2,307 |
| 10/1/2001 | 221 | Adams | Brad A. | 20,000 | | | 20,000 |
| 10/1/2001 | 222 | Khayat | Robert C. | 1,000 | | | 1,000 |
| 10/22/2001 | 223 | Ochsner | Dr. John | 12,000 | | | 12,000 |
| 11/26/2001 | 224 | Adams | Byron A., Jr. | 10,000 | | | 10,000 |



| Date Issued | Cert # | Issued to | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance |
|---|---|---|---|---|---|---|---|
| 11/26/2001 | 225 | Adams | Brad A. | 10,000 | | | 10,000 |
| 12/3/2001 | 227 | Oil & Gas Rental Services, Inc. | | 86,667 | | | 86,667 |
| 2/4/2002 | 231 | Paul N. Temple Revocable Trust u/a 2/11/80 | | 100,000 | | | 100,000 |
| 7/24/2001 | 232 | Long | Deng Long | 100,000 | | | 100,000 |
| 12/20/2002 | 247 | Gulf Coast OB GYN 401K P/S dtd 7/1/79 FBO Jack C. Hoover, MD | | 10,000 | | | 10,000 |
| 12/30/2002 | 248 | Kim | Keith C. and Jennifer C. | 2,000 | | | 2,000 |
| 12/30/2002 | 249 | Ramadan | Fuad | 2,000 | | | 2,000 |
| 1/17/2003 | 252 | Boland | Robert J | 100,000 | | | 100,000 |
| 1/24/2003 | 253 | Sang | William | 100,000 | | | 100,000 |
| 1/24/2003 | 254 | Chiu | Nancy N. | 12,500 | | | 12,500 |
| 1/27/2003 | 255 | Lai | Yee Hon | 12,500 | | | 12,500 |
| 1/27/2003 | 256 | Xu | Xin Wen | 5,000 | | | 5,000 |
| 3/13/2003 | 257 | Xu | Jian Hong | 4,000 | | | 4,000 |
| 3/13/2003 | 260 | Clark | Paul F. | 2,000 | | | 2,000 |
| 4/17/2003 | 261 | Peterson | Lance or Barbara | 1,667 | | | 1,667 |
| 4/30/2003 | 262 | Bell | William H. or Kelsey, Mary Lou | 4,167 | | | 4,167 |
| 4/30/2003 | 264 | Boteler | J. R. | 10,000 | | | 10,000 |
| 4/30/2003 | 265 | FABO I, LP | | 10,000 | | | 10,000 |
| 6/8/2003 | 267 | Irwin, III | Leon | 29,300 | | | 29,300 |
| 6/23/2003 | 269 | Gulf Coast ObGyn 401k | | 10,000 | | | 10,000 |
| 6/23/2003 | 270 | L Mills Tuttle Revocable Trust | | 14,800 | | | 14,800 |
| 8/15/2003 | 272 | Gulf Coast ObGyn 401k | | 15,000 | | | 15,000 |
| 8/28/2003 | 273 | RAS Family Partners, LP | | 12,500 | | | 12,500 |
| 9/15/2003 | 274 | Jones | Frank E. III and Carol Ann | 2,500 | | | 2,500 |
| 9/15/2003 | 275 | McHale | Richard D. and Lisa Marie | 1,000 | | | 1,000 |
| 9/15/2003 | 276 | Lamb | Cleveland Brinson III, c/f Colby Brinson | 100 | | | 100 |
| 9/15/2003 | 277 | Lamb | Cleveland Brinson III, c/f Anna Grace L | 100 | | | 100 |
| 9/15/2003 | 278 | Lamb | Cleveland Brinson III, c/o Bethany Cam | 100 | | | 100 |
| 9/15/2003 | 279 | Maganelli | Vito Joseph | 1,250 | | | 1,250 |
| 9/15/2003 | 280 | Jones | Stanley B. | 420 | | | 420 |
| 9/15/2003 | 281 | Jones | Jane Cox | 415 | | | 415 |
| 9/15/2003 | 282 | Jones | Stanley B., Jr. | 415 | | | 415 |
| 9/15/2003 | 283 | Schwarzrock | Curtis H. | 225,275 | | | 225,275 |
| 9/22/2003 | 284 | Woessner | William J. | 500 | | | 500 |
| 9/22/2003 | 285 | Gay | J. Brian | 3,750 | | | 3,750 |
| 9/22/2003 | 289 | Smith | Stephen C. | 25,000 | | | 25,000 |
| 9/22/2003 | 290 | Smith | Virginia S. | 30,000 | | | 30,000 |
| 12/11/2003 | 295 | Trehern | W. Edward | 6,000 | | | 6,000 |
| 5/4/2004 | 300 | New Orleans Natural Resource Group, Inc. | | 10,000 | | | 10,000 |
| 5/20/2004 | 301 | Horton, Pete dba PEBA Oil & Gas | | 10,000 | | | 10,000 |
| 7/7/2004 | 303 | Bach | Glennda | 1,000 | | | 1,000 |
| 7/7/2004 | 305 | Theriot | Charles C. | 3,000 | | | 3,000 |
| 7/7/2004 | 307 | Ballard Living Trust dated 4/27/04 | | 4,000 | | | 4,000 |
| 7/12/2004 | 308 | GH Oil & Gas, Inc. | | 3,334 | | | 3,334 |
| 7/12/2004 | 310 | Jackson | Robert T. Sr. | 7,000 | | | 7,000 |
| 7/20/2004 | 311 | Purdy | Gilbert E. | 7,000 | | | 7,000 |
| 8/31/2004 | 314 | Red River Properties, Inc. | | 175,000 | | | 175,000 |
| 8/31/2004 | 316 | Crane | James J. | 24,000 | | | 24,000 |
| 10/29/2004 | 317 | Charles H. Wilkinson, Jr., Revocable Trust | | 65,000 | | | 65,000 |
| 10/29/2004 | 319 | Williams Holding Company, LLC | | 10,000 | | | 10,000 |

| Date Issued | Cert # | Issued to | Issued to | Shares Issued | Shares Surrendered | Date Surrendered | Shares Balance |
|---|---|---|---|---|---|---|---|
| 10/29/2004 | 320 | Williams Holding Company, LLC | | 40,000 | | | 40,000 |
| 1/26/2005 | 322 | Dow | John P. | 17,600 | | | 17,600 |
| 4/8/2005 | 328 | Petroleum Law Center, LLC | | 50,000 | | | 50,000 |
| 4/8/2005 | 329 | Chalsty | John S. | 400,000 | | | 400,000 |
| 4/8/2005 | 331 | Chalsty | John S. | 435,000 | | | 435,000 |
| 4/8/2005 | 332 | Moody | Bill | 1,000 | | | 1,000 |
| 4/8/2005 | 333 | Beasley | Christine | 2,500 | | | 2,500 |
| 4/8/2005 | 336 | Schwarzrock | Brent | 15,000 | | | 15,000 |
| 9/9/2004 | 341 | Lamb | George Gene and Linda Lou | 6,250 | | | 6,250 |
| 9/9/2004 | 342 | Paul N. Temple Revocable Trust | | 12,500 | | | 12,500 |
| 4/8/2005 | 343 | Chalsty | John S. | 12,500 | | | 12,500 |
| 4/8/2005 | 344 | Montecito Offshore, LLC | | 928,166 | | | 928,166 |
| 2/10/2006 | 346 | Deitch Living Trust | | 5,170 | | | 5,170 |
| 3/14/2006 | 347 | B.A. Adams Oil & Gas Investments, LLC | | 33,333 | | | 33,333 |
| 3/15/2006 | 348 | Mavar | | 12,500 | | | 12,500 |
| 9/12/2006 | 349 | NCCF Support, Inc. | Victor | 200,000 | | | 200,000 |
| 9/12/2006 | 350 | Smith | Robert F. | 185,000 | | | 185,000 |
| 9/25/2006 | 356 | Richard & Lois Gunther Family Foundation | | 329,998 | | | 329,998 |
| 9/25/2006 | 357 | NCCF Support, Inc. | | 228,000 | | | 228,000 |
| 9/25/2006 | 358 | Lane | S. Wesley | 90,000 | | | 90,000 |
| 7/15/2006 | 359 | Curb Offshore, LLC | | 666 | | | 666 |
| 11/15/2006 | 360 | Gong | Robert L.B. | 1,000 | | | 1,000 |
| 11/15/2006 | 361 | Gong | Dennis | 1,000 | | | 1,000 |
| 11/15/2006 | 362 | Domjan | Lillian Gong | 1,000 | | | 1,000 |
| 12/7/2006 | 353 | Lo | Wing Siu | 660 | | | 660 |
| 12/7/2005 | 367 | Bo-War, LP | | 10,000 | | | 10,000 |
| 12/14/2006 | 370 | J & M Nimcut I | | 200,000 | | | 200,000 |
| 12/14/2006 | 371 | J & M Nimcut II | | 200,000 | | | 200,000 |
| 12/14/2006 | 372 | J & M Nimcut III | | 200,000 | | | 200,000 |
| 12/14/2006 | 373 | J & M Nimcut IV | | 200,000 | | | 200,000 |
| 7/12/2007 | 375 | Vollenweider | Frank William | 177,500 | | | 177,500 |
| 7/12/2007 | 376 | Waring | Benjamin Joseph | 2500 | | | 2,500 |
| 4/3/2005 | 378 | Montecito Offshore, LLC | | 525000 | | | 525,000 |
| 7/16/2007 | 380 | Gibbs | Joseph V., Jr. | 20000 | | | 20,000 |
| 12/20/2007 | 381 | Wood | Perri B. | 3333 | | | 3,333 |
| 12/20/2007 | 382 | Bowman | Eileen B. | 3333 | | | 3,333 |
| 12/20/2007 | 383 | Bateler | R. H., III | 3334 | | | 3,334 |
| 8/25/2008 | 384 | Roberts | Charles C. | 2000 | | | 2,000 |
| 8/25/2008 | 385 | Mak | Frank | 800 | | | 800 |
| 8/25/2008 | 386 | Deitch | Lyle | 600 | | | 600 |
| 8/25/2008 | 387 | Montecino | Carl G, III | 600 | | | 600 |
| 8/25/2008 | 389 | Schwarzrock | Curt | 6000 | | | 6,000 |
| 10/15/2008 | 390 | Harke Group, L.L.C., The | | 5000 | | | 5,000 |
| 3/10/2009 | 392 | Woodall | Lowery A., Jr. | 10000 | | | 10,000 |
| 3/10/2009 | 393 | Woodall | Lowery A., Jr. | 10000 | | | 10,000 |
| 3/10/2009 | 394 | Roberts | Kathryn F. | 127500 | | | 127,500 |
| 3/10/2009 | 395 | Roberts | Charles C. | 124500 | | | 124,500 |
| 8/4/2009 | 395 | Adams & Reese Executive Committee, etc. (Vosbein) | | 27500 | | | 27,500 |

