# EXHIBIT 6

**VIRGIN OIL COMPANY, INC.**
DECIMAL OWNERSHIP ACTIVE LEASES WITH VIRGIN OFFSHORE JOINT INTEREST PARTNERS
7/26/2010

| Property Name | Virgin Oil Company, Inc. GWI | Virgin Oil Company, Inc. NRI | Virgin Offshore Joint Leasehold Owners GWI | Virgin Offshore Joint Leasehold Owners NRI | Creditor Settlement Plan Per 10% Agreement NRI |
|---|---|---|---|---|---|
| East Cameron 2 | 0.250142 | 0.198237 | 0.149858 | 0.118762 | |
| East Cameron 219 | 0.659518 | 0.448600 | 0.340482 | 0.241919 | |
| Empire | 0.531880 | 0.298910 | 0.468120 | 0.351090 | 0.100000 |
| High Island 199 | 0.500000 | 0.406670 | 0.500000 | 0.406670 | |
| Main Pass 286 | 0.500000 | 0.406670 | 0.500000 | 0.406670 | |
| Ship Shoal 153 (4700 sd) | 0.314608 | 0.235960 | 0.285392 | 0.214040 | |
| Ship Shoal 153 (6300 sd) | 0.524350 | 0.382775 | 0.475650 | 0.347225 | |
| West Cameron 78 new lease | 0.177323 | 0.140530 | 0.022677 | 0.017972 | |

# EXHIBIT 7

EMPIRE 10% ORI SHARE DETERMINATION

| Creditor Name | Adjusted Total Empire Payout | Proportionate Share of 10% ORI | |
|---|---:|---:|---|
| A & H Armature Works, Inc. | 900.00 | 0.0001 | |
| A L of Louisiana LLC | 10,456.78 | 0.0009 | |
| Acme Truck Line, Inc. | 31,614.59 | 0.0027 | |
| Action Oilfield Services, Inc. | 146,454.00 | 0.0124 | |
| Air Bags, Inc. | 235.50 | 0.0000 | |
| Allis-Chalmers Rental Services, Inc. | 4,433.49 | 0.0004 | |
| Audubon Engineering Company, LLC | 38,914.00 | 0.0033 | |
| B J Services Company | 20,864.00 | 0.0018 | |
| Baker Donelson, Bearman, Caldwell | 2,762.54 | 0.0002 | |
| Baker Hughes Business Support Service | 564,019.17 | 0.0477 | |
| Black Warrior Wireline Corp. | 109,927.37 | 0.0093 | |
| Bourgeois Bennett, L.L.C. | 24,000.00 | 0.0020 | |
| Boyd's Bit Service, Inc. | 1,184.05 | 0.0001 | |
| C & G Boats, Inc. | 35,400.00 | 0.0030 | |
| C. H. Fenstermaker & Associates, Inc. | 13,084.08 | 0.0011 | |
| Cadre Construction of Louisiana | 18,002.02 | 0.0015 | |
| Cal Dive International | 34,594.62 | 0.0029 | |
| Callon Petroleum Operating Company | 66,520.00 | 0.0056 | |
| CapRock Communications | 4,844.45 | 0.0004 | |
| CCH Incorporated | 337.90 | 0.0000 | |
| CCS Midstream Services, LLC | 80,506.00 | 0.0068 | |
| CF&S Tank and Equipment Co. | 2,407.50 | 0.0002 | |
| Clean Gulf Associates | 9,600.00 | 0.0008 | |
| Coastal Chemical Co., LLC | 387.46 | 0.0000 | |
| Columbia Gulf Transmission Company | 3,219.99 | 0.0003 | |
| COPS - Fidelity Bank | 169,390.00 | 0.0143 | Reflects reduction of $140k to be paid by V. Offshore USA |
| COPS - Rotocraft Leasing Company, LLC | 188,056.79 | 0.0159 | |
| COPS - Offshore Cleaning System, LLC | 20,474.68 | 0.0017 | |
| Contract Operator Prod. Services (UNDER DISPUTE) | 250,000.00 | 0.0211 | |
| Creel & Associates, Inc. | 3,110.00 | 0.0003 | |
| Crescent Drilling & Production, Inc. | 32,500.00 | 0.0027 | |
| Crescent Drilling Foreman | 29,400.00 | 0.0025 | |
| Crosby Tugs, LLC | 138,000.00 | 0.0117 | |
| Davis-Lynch, Inc. | 6,660.07 | 0.0006 | |
| Deep South Chemical, Inc. | 7,630.00 | 0.0006 | |
| Derrick Corporation | 13,961.36 | 0.0012 | |
| Dynamic Energy Services, LLC | 542,376.78 | 0.0459 | |
| Dynasty Transportation, Inc. | 210.01 | 0.0000 | |
| Energy Data Solutions, LLC | 3,600.00 | 0.0003 | |
| El Paso Production Co. | 12,840.95 | 0.0011 | |
| Evans Rentals, Inc. | 1,800.00 | 0.0002 | |
| Expro Americas, LLC | 13,236.18 | 0.0011 | |
| Exxon Mobil Corporation (UNDER DISPUTE) | 88,114.28 | 0.0075 | |
| Fab-Con, Inc. | 92,309.75 | 0.0078 | |
| Fairfield Industries, Inc. | 161,400.00 | 0.0136 | |
| Fastorq | 8,452.00 | 0.0007 | |
| FMC Technologies | 12,918.88 | 0.0011 | |
| Francis Drilling Fluids, Ltd | 9,317.79 | 0.0008 | |
| Frank's Casing Crew & Rental Tools, Inc. | 25,435.98 | 0.0022 | |
| Gateway Offshore Pipeline Company | 46.50 | 0.0000 | |
| Geo-Draft, Inc. | 2,200.00 | 0.0002 | |
| Geo-Mag MWD, LLC | 57,500.00 | 0.0049 | |
| Gieger, Laborde & Laperouse, L.L.C. | 11,723.67 | 0.0010 | |
| Global Vessel & Tank | 130,051.31 | 0.0110 | |
| Greene's Energy Group | 30,191.60 | 0.0026 | |
| Grey Wolf Drilling Company L.P. *(See Precision Drilling Co.)* | - | - | |
| Gulf Offshore Logistics | 78,625.00 | 0.0066 | |
| Halliburton Energy Services, Inc. | 430,753.61 | 0.0364 | |
| HB Rentals | 112,962.50 | 0.0096 | |
| Helis Oil & Gas Company, L.L.C. | 1,639,419.26 | 0.1386 | |
| Helmer Directional Drilling, Inc. | 376,286.46 | 0.0318 | |
| Hunt Petroleum (AEC), Inc. | 1,365.12 | 0.0001 | |
| Hunting Energy Services, Inc. | 359.52 | 0.0000 | |
| Independent Petroleum Association of Amer | 470.00 | 0.0000 | |
| Industrial Lift Truck | 24,693.67 | 0.0021 | |
| Instrumentation & Electrical Technologies | 9,688.98 | 0.0008 | |
| International Oilfield Services | 1,425.00 | 0.0001 | |
| Intracoastal Liquid Mud, Inc. | 24,665.55 | 0.0021 | |
| IOS Inc. | 84,493.40 | 0.0071 | |
| J. Connor Consulting, Inc. | 4,400.53 | 0.0004 | |
| Kentwood Springs | 54.01 | 0.0000 | |

EMPIRE 10% ORI SHARE DETERMINATION

| | | |
|---|---:|---:|
| Key Energy Services, Inc. | 9,190.00 | 0.0008 |
| L & L Oil and Gas Services, L.L.C. | 10,138.41 | 0.0009 |
| Laboratory Technology Incorporated (See *Patriot Services*) | - | - |
| Laborde Marine Crewboats II, LLC | 46,472.00 | 0.0039 |
| Lafayette Signs, Inc. | 239.76 | 0.0000 |
| LandTel Communications | 10,618.62 | 0.0009 |
| Lexco Data Systems L.P. | 18,724.50 | 0.0016 |
| Liberty Services, Inc. | 960.00 | 0.0001 |
| Louisiana Safety Systems, Inc. | 4,258.00 | 0.0004 |
| Louisiana Tank, Inc. | 3,249.00 | 0.0003 |
| M/D Totco | 32,876.82 | 0.0028 |
| Malone Petroleum Consulting | 8,030.00 | 0.0007 |
| Motes Lease Service | 12,000.00 | 0.0010 |
| MWD Services, LLC | 31,892.50 | 0.0027 |
| National Oilwell Varco | 4,984.47 | 0.0004 |
| Newfield Exploration Company | 19.60 | 0.0000 |
| Newpark Environmental Services, LLC | 7,845.00 | 0.0007 |
| Newpark Mats & Integrated Services, LLC | 276,403.74 | 0.0234 |
| Nitro-Lift Technologies, LLC | 12,000.00 | 0.0010 |
| O'Brien's Response Management, Inc. | 1,500.00 | 0.0001 |
| ODS-Petrodata Group | 299.00 | 0.0000 |
| Offshore Marine Contractors, Inc. | 142,575.00 | 0.0121 |
| Offshore Warriors, Inc. | 4,970.00 | 0.0004 |
| OFS, Inc. | 895.20 | 0.0001 |
| Pathfinder Energy Services | 300,000.00 | 0.0254 |
| Patriot Services Corporation | 27,226.96 | 0.0023 |
| Patterson Rental Tools | 74,304.80 | 0.0063 |
| Paws Pumps, Inc. | 12,280.00 | 0.0010 |
| Permian Tank | 65,998.26 | 0.0056 |
| PetroQuest Energy, Inc. | 67,145.07 | 0.0057 |
| Precision Drilling Co., LP successor to Grey Wolf Drilling Company L.P. | 1,161,826.23 | 0.0982 |
| Production Management Industries L.L.C. | 772.00 | 0.0001 |
| Quality Energy Services, Inc. | 80,793.42 | 0.0068 |
| Quality Production Management, LLC | 1,000.00 | 0.0001 |
| Ranger Specialty Supply & Control Systems | 150,916.14 | 0.0128 |
| River Rental Tools, Inc. | 11,496.17 | 0.0010 |
| RLI Insurance Company | 537,427.64 | 0.0454 |
| RMC Technology, LP | 2,520.00 | 0.0002 |
| Safety Controls, Inc. | 42,177.31 | 0.0036 |
| Sam Broussard Trucking Co., Inc. | 9,845.35 | 0.0008 |
| Schlumberger Technology Corp. (Holditch) | 1,250.00 | 0.0001 |
| Sooner Pipe Inc. | 202,851.07 | 0.0172 |
| Specialty Rental Tools & Supply, Inc. | 44,658.08 | 0.0038 |
| Spirit Completion Fluids | 117,442.00 | 0.0099 |
| Spirit Drilling Fluids | 409,807.21 | 0.0347 |
| SPL, Inc. | 29,023.34 | 0.0025 |
| SRT Oil Field Service, LLC | 690.00 | 0.0001 |
| Stingray Pipeline Company | 5,023.02 | 0.0004 |
| Stokes & Spiehler Offshore, Inc. | 223,168.46 | 0.0189 |
| Sun Drilling Products Corp. | 29,708.21 | 0.0025 |
| Superior Energy Services, L.L.C. | 55,072.80 | 0.0047 |
| Superior Pressure Control | 10,128.15 | 0.0009 |
| T. K. Stanley, Inc. | 132,500.00 | 0.0112 |
| Talens Marine & Fuel, Inc. | 76,381.83 | 0.0065 |
| Tanner Services, LLC | 191,622.32 | 0.0162 |
| Tarpon Rental, Inc. | 61,085.13 | 0.0052 |
| Tennessee Gas Pipeline Co. | 24,873.75 | 0.0021 |
| Tesco Services Inc. | 61,076.97 | 0.0052 |
| Texas Eastern Transmission, LP | 40,438.60 | 0.0034 |
| Tim Morton & Associates, Inc. | 2,090.00 | 0.0002 |
| Timco Services | 32,360.64 | 0.0027 |
| Transcontinental Gas Pipeline | 10,546.86 | 0.0009 |
| Travelers | 10,000.00 | 0.0008 |
| Trend Services Inc. | 15,240.45 | 0.0013 |
| Trussco | 1,329.00 | 0.0001 |
| Tuboscope | 134.56 | 0.0000 |
| U S Liquids of LA | 159,045.75 | 0.0134 |
| Vanguard Vacuum Trucks | 17,088.75 | 0.0014 |
| Venture Transport Logistics, LLC | 35,262.54 | 0.0030 |
| Weatherford U.S., L.P. | 216,865.36 | 0.0183 |
| Wilkens Weahter Technologies, LP | 635.00 | 0.0001 |
| Wood Group Pressure Control | 100,638.66 | 0.0085 |
| Workover Specialties, LLC | 240,818.50 | 0.0204 |
| XTO Offshore Inc. | 3,721.69 | 0.0003 |
| **Grand Total** | **11,825,695.37** | **1.00** |

# EXHIBIT 8

**VIRGIN OIL COMPANY, INC. & VIRGIN OFFSHORE PARTNERS**
WELL PLUG AND ABANDONMENT COST ESTIMATES

3/31/2010

| Property Name | Virgin Oil Company, Inc. GWI | Virgin Offshore USA, Inc. GWI | TOTAL P&A | Virgin Oil escrow $ | Virgin Oil net of escrow $ | Virgin Offshore escrow $ | Virgin Offs Share net of escrow $ | Timeline |
|---|---|---|---|---|---|---|---|---|
| East Cameron 133/122/104 | 0.922530 | 0.077470 | $ 3,400,000 | $ (17,493.00) | $ 3,154,095 | $ 46,452 | $ 199,453 | >2011 |
| East Cameron 2 facility | 0.400000 | 0.000000 | $ 1,500,000 | $ - | $ 600,000 | $ - | $ 900,000 | >2011 |
| East Cameron 2 plug over perfs | 0.592021 | 0.407979 | $ 122,000 | $ - | $ 72,227 | $ - | $ 49,773 | done |
| East Cameron 219 | 0.659518 | 0.340482 | $ 3,700,000 | $ 257,655 | $ 2,182,562 | $ 221,690 | $ 1,038,093 | >2011 |
| Empire | 0.513125 | 0.486875 | $ 500,000 | $ - | $ 250,000 | $ - | $ 250,000 | >2011 |
| Eugene Island 147 facility | 0.073800 | 0.176200 | $ 750,000 | $ - | $ 221,400 | $ - | $ 528,600 | done |
| Galveston 395 facility | 0.300000 | 0.000000 | $ 674,942 | $ - | $ 674,942 | $ - | $ - | done |
| Galveston 418/Brazos 417 | 0.595844 | 0.404156 | $ 964,689 | $ - | $ 574,804 | $ - | $ 389,885 | done |
| High Island 198 | 0.617969 | 0.382031 | $ 1,300,000 | $ 413,153 | $ 391,342 | $ 253,851 | $ 241,654 | May-10 |
| Ship Shoal 153 | 0.524347 | 0.475653 | $ 3,000,000 | $ (280,329) | $ 1,853,370 | $ 672,222 | $ 474,408 | >2011 |
| Vermilion 179 | 0.794000 | 0.206000 | $ 212,000 | $ - | $ 168,328 | $ - | $ 43,672 | June-10 |
| West Cameron 41 | 0.684349 | 0.315651 | $ 1,750,000 | $ 37,173 | $ 1,160,438 | $ 69,618 | $ 482,771 | >2011 |
| West Cameron 494 facility | 0.699630 | 0.300370 | $ 3,325,000 | $ 34,562 | $ 2,291,708 | $ 89,407 | $ 909,323 | >2011 |
| West Cameron 494 wells | 0.699630 | 0.300370 | $ 675,000 | $ - | $ 472,250 | $ - | $ 202,750 | June-10 |
| West Cameron 78 new lease | 0.200000 | 0.000000 | $ 2,500,000 | $ 66,052 | $ 433,948 | $ 40,406 | $ - | >2011 |
| **Total Net P&A estimates** | | | | | $ 14,501,414 | | $ 5,710,382 | |

# EXHIBIT 9

## Liquidation Analysis

| | Liquidation Value | Claim Amount | Amount Available for Distribution |
|---|---|---|---|
| **Empire** | $6,500,000[1] | | |
| *(less VOS Lease Assumption Cost)* | ($5.5 million) | | |
| | Net = $1 million | | |
| **Ship Shoal 150, 153, 154** | $5,040,000[2] | | |
| *(less Century Exploration Lease Assumption Cost)* | ($500,000) | | |
| *(less VOS Lease Assumption Cost)* | ($500,000) | | |
| | Net = $4,040,000 | | |
| E Cam 2 | $150,000 | | |
| E Cam 122 | $0 | | |
| E Cam 219 | $150,000 | | |
| HI 200 | $125,000 | | |
| WC 78 | $1,500,000 | | |
| HI 199 | $500,000 | | |
| Matagorda 631 | $0 | | |
| D&O Claim | $0 | | |
| A/R from officers | $150,000[3] | | |
| Claim against El Paso | $115,000 | | |
| Production Facilities | $0 | | |
| FF&E | $50,000 | | |
| **P&A Accounts – subj. to RLI lien** | $1.7 million | | |
| *(Potential indemnity claims by RLI Exceed value)* | (RLI liens) | | |
| | Net = $0 | | |
| **Empire Escrow Account** | $1 million | | |
| | | | **$8,780,000** |
| **SECURED CLAIM:** (CIT/ Whitney) | | ($35 million) | |
| | | | **$0** |
| BROKER | | | |
| CH. 7 TRUSTEE / PROFESSIONALS | | | |
| CH. 11 ADMIN. | | | |
| P&A OBLIGATIONS | | | |
| UNSECURED CLAIMS | | | |

---

[1] Based on proved developed producing reserves per the Hubbard Reserve Report date March 17, 2010, with reduction in sale value due to risk associated with a one well field.

[2] Based on reduction of the proved developed producing reserves per the Hubbard Reserve Report dated March 17, 2010 due to water cut, which amounts to approximately 202,000 bo x $20/bo valuation = $4.04 million.

[3] Disputed

# EXHIBIT 10

Case 09-11899    Doc 457-2    Filed 07/30/10    Entered 07/30/10 16:15:26    Exhibit
Exhibits 6-11    Page 11 of 18

VIRGIN OIL COMPANY, INC.

SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES 9/2010-2015

Includes Drilling Program and Recapitalization
PROJECTION September 2010-2015

| PRICES ASSUMED<br>Oil Price $ | 70.00 | | Sept | Oct | Nov | Dec | Total Aug-Dec | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Price BL | | | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| Oil Net BLS (New Drill @ .75 Production | | | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 376,431 | 241,020 | 205,349 | 169,184 | 127,654 | 1,137,490 |
| Oil & Gas Revenue, net (m$) | | | $ 307 | $ 318 | $ 307 | $ 318 | $ 1,250 | $ 25,499 | $ 16,330 | $ 14,036 | $ 11,638 | $ 8,812 | $ 77,564 |
| Lease Operating expenses, net (m$)<br>( includes loop operator) | | | $ 88 | $ 88 | $ 88 | $ 88 | $ 351 | $ 1,054 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 6,205 |
| Sub-total operating expenses (m$) | | | $ 88 | $ 88 | $ 88 | $ 88 | $ 351 | $ 1,054 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 6,205 |
| Operating cash flow | | | $ 219 | $ 230 | $ 219 | $ 230 | $ 898 | $ 24,445 | $ 15,130 | $ 12,836 | $ 10,438 | $ 7,612 | $ 71,359 |
| Empire Restricted Account | | | $ 650 | | | | $ 650 | | | | | | $ 650 |
| Net Cash Flow (m$) | | | $ 869 | $ 230 | $ 219 | $ 230 | $ 1,548 | $ 24,445 | $ 15,130 | $ 12,836 | $ 10,438 | $ 7,612 | $ 72,009 |
| Capital (m$) | | | $ 21,500 | | | | $ 21,500 | | | | | | $ 21,500 |
| Capital Expenditures (m$) | | | $ - | $ 2,000 | $ 3,100 | $ 2,400 | $ 7,500 | | | | | $ - | $ 7,500 |
| CIT - Payout | | | $ 10,000 | $ - | $ - | $ - | $ 10,000 | | | | | | $ 10,000 |
| Trade Debt | | | | | | | | | | | | | $ - |
| SG&A Expenses: | | | $ 110 | $ 110 | $ 110 | $ 110 | $ 440 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 | $ 7,040 |
| Loan Repayment (Interest Only) | | | $ 135 | $ 135 | $ 135 | $ 135 | $ 540 | $ 1,620 | $ 1,620 | $ 1,620 | $ 1,620 | $ 1,620 | $ 8,640 |
| RLI Bonds | | | $ | $ 23 | $ 38 | $ 15 | $ 76 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 1,826 |
| Well Insurance | | | $ 24 | $ 24 | $ 24 | $ 24 | $ 96 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 1,396 |
| P&A | | | $ | $ 415 | $ 169 | $ | $ 584 | $ 2,034 | $ 1,818 | | | | $ 4,436 |
| Compliance Expenses: | | | $ 50 | $ 50 | $ 50 | $ 50 | $ 200 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 1,100 |
| Total Non-Operating Expenses | | | $ 10,319 | $ 2,757 | $ 3,626 | $ 2,734 | $ 19,436 | $ 5,764 | $ 5,548 | $ 3,730 | $ 3,730 | $ 3,730 | $ 41,938 |
| Total Net Cash Flow: | | | $ 12,050 | $ (2,527) | $ (3,407) | $ (2,505) | $ 3,612 | $ 18,881 | $ 9,582 | $ 9,106 | $ 6,708 | $ 3,882 | $ 30,071 |
| Cumulative Cash Flow YTD | | | $ 12,050 | $ 9,523 | $ 6,117 | $ 3,612 | $ 3,612 | $ 22,293 | $ 31,875 | $ 40,981 | $ 47,689 | $ 51,571 | $ 51,571 |

Case 09-11899    Doc 457-2    Filed 07/30/10    Entered 07/30/10 16:15:26    Exhibit
Exhibits 6-11    Page 12 of 18

VIRGIN OIL COMPANY, INC.

SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES  9/2010-2015

VIRGIN OIL COMPANY, INC.

## PDP LOCATIONS
### Existing Production Rates

| FIELD | WELL | GWI | NRI | NRI PRODUCING RATE Daily | |
|---|---|---|---|---|---|
| EMPIRE | 1 | 0.531875 | 0.296907 | 67.05 | bls/d |
| SS 153 #A1 st2 | A1 ST 2 | 0.310000 | 0.235956 | 27.37 | bls/d |
| SS 153 #4 st2 | 4 | 0.310000 | 0.235956 | 51.91 | bls/d |

|  | Daily | 146.33 |
|---|---|---|
|  | Monthly | 4,390 |

## PUD LOCATIONS
### NEW DRILLING PROGRAM

| FIELD | WELL | GWI | NRI | Initial Rate | | INV COST M$ | SPUD START | RESCAT | FIRST PROD |
|---|---|---|---|---|---|---|---|---|---|
| HI 199 | 1 | 0.500000 | 0.4067 | 544.52 | bls/d | 3,500 | October-10 | PUD | January-11 |
| WC 78 | #1 ST 2 | 0.200000 | 0.1405 | 133.33 | bls/d | 1,400 | November-10 | PUD | January-11 |
| SS 154 | #4 | 0.310000 | 0.2360 | 312.34 | bls/d | 1,600 | November-10 | PUD | January-11 |
| EC 2 | 1ST 2 | 0.200000 | 0.1982 | 145.35 | bls/d | 1,000 | November-10 | PUD | January-11 |

|  | Daily | 1,135.54 | $ | 7,500 |
|---|---|---|---|---|
|  | Monthly | 34,066.33 | | |

VIRGIN OIL COMPANY, INC.

SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES 9/2010-2015

### Production BLS

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Production |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Existing** | | | | | | | | | | | | | |
| EMPIRE | | - | 2,011 | 2,078 | 2,011 | 2,078 | 8,180 | 24,472 | 24,472 | 24,472 | 24,472 | 24,472 | 130,538 |
| SS 153 | 1 | - | 821 | 848 | 821 | 848 | 3,339 | 9,990 | 9,990 | 9,990 | 9,990 | 9,990 | 53,291 |
| SS 153 | A1 ST 2 | - | 1,557 | 1,609 | 1,557 | 1,609 | 6,333 | 18,947 | 18,947 | 18,947 | 18,947 | 18,947 | 101,069 |
| EC 219 | 4 | - | - | - | - | - | - | - | - | - | - | - | - |
| | | - | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 53,409 | 53,409 | 53,409 | 53,409 | 53,409 | 284,898 |

**NEW DRILLING PROGRAM**

| HI 199 | 1 | - | - | - | - | - | - | 149,064 | 64,480 | 45,840 | 32,588 | 23,167 | 315,139 |
| WC 78 | 1 ST2 | - | - | - | - | - | - | 48,565 | 30,917 | 19,338 | 11,712 | 7,093 | 117,724 |
| SS 154 | 4 | - | - | - | - | - | - | 85,504 | 64,128 | 64,128 | 61,334 | 39,558 | 314,652 |
| EC 2 | 1 ST2 | - | - | - | - | - | - | 39,789 | 28,086 | 22,634 | 10,142 | 4,426 | 105,077 |
| | | - | - | - | - | - | - | 323,021 | 187,611 | 151,939 | 115,775 | 74,245 | 852,592 |
| | | - | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 376,431 | 241,020 | 205,349 | 169,184 | 127,654 | 1,137,490 |

### Capital Expenditures

**SELECTED UNDEVELOPED LOCATIONS**

*Amounts in thousands*

**Drilling Cost**

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI 199 | 1 | $ - | $ - | $ 2,000 | $ - | $ - | $ 2,000 | $ - | $ - | $ - | $ - | $ - | $ 2,000 |
| WC 78 | 1 ST2 | $ - | $ - | $ - | $ 800 | $ - | $ 800 | $ - | $ - | $ - | $ - | $ - | $ 800 |
| SS 154 | 4 | $ - | $ - | $ - | $ 800 | $ - | $ 800 | $ - | $ - | $ - | $ - | $ - | $ 800 |
| EC 2 | 1 ST2 | $ - | $ - | $ - | $ 750 | $ - | $ 750 | $ - | $ - | $ - | $ - | $ - | $ 750 |
| TOTAL | | $ - | $ - | $ 2,000 | $ 2,350 | $ - | $ 4,350 | $ - | $ - | $ - | $ - | $ - | $ 4,350 |

**Completion Cost**

| HI 199 | 1 | $ - | $ - | $ - | $ 750 | $ 750 | $ 1,500 | $ - | $ - | $ - | $ - | $ - | $ 1,500 |
| WC 78 | 1 ST2 | $ - | $ - | $ - | $ - | $ 600 | $ 600 | $ - | $ - | $ - | $ - | $ - | $ 600 |
| SS 154 | 4 | $ - | $ - | $ - | $ - | $ 800 | $ 800 | $ - | $ - | $ - | $ - | $ - | $ 800 |
| EC 2 | 1 ST2 | $ - | $ - | $ - | $ - | $ 250 | $ 250 | $ - | $ - | $ - | $ - | $ - | $ 250 |
| | | $ - | $ - | $ - | $ 750 | $ 2,400 | $ 3,150 | $ - | $ - | $ - | $ - | $ - | $ 3,150 |
| **TOTAL WELL COST:** | | $ - | $ - | $ 2,000 | $ 3,100 | $ 2,400 | $ 7,500 | $ - | $ - | $ - | $ - | $ - | $ 7,500 |

VIRGIN OIL COMPANY, INC.
SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES 9/2010-2015

Forecast Price  $ 70.00

## WELL REVENUE

### Producing and Future Wells

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PDP Wells** | | | | | | | | | | | | | |
| EMPIRE | 1 | $ - | $ 140.8 | $ 145.5 | $ 140.8 | $ 145.5 | $ 572.6 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 9,137.6 |
| SS 153 | 2 ST 2 | $ - | $ 57.5 | $ 59.4 | $ 57.5 | $ 59.4 | $ 233.7 | $ 699.3 | $ 699.3 | $ 699.3 | $ 699.3 | $ 699.3 | $ 3,730.4 |
| SS 153 | 4 st2 | $ - | $ 109.0 | $ 112.6 | $ 109.0 | $ 112.6 | $ 443.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 7,074.9 |
| **TOTAL** | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 19,942.9 |
| **New Drills PUD** | | | | | | | | | | | | | |
| HI 199 | 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,434 | $ 4,514 | $ 3,209 | $ 2,281 | $ 1,622 | $ 22,060 |
| WC 78 | 1 ST2 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,555 | $ 1,623 | $ 1,015 | $ 615 | $ 372 | $ 6,181 |
| SS 154 | 4 | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,995 | $ 4,489 | $ 4,489 | $ 4,293 | $ 2,769 | $ 22,026 |
| EC 2 | 1 ST2 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,785 | $ 1,966 | $ 1,584 | $ 710 | $ 310 | $ 7,355 |
| **TOTAL** | | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,760 | $ 12,592 | $ 10,297 | $ 7,899 | $ 5,073 | $ 57,621 |

### COMBINED REVENUE

| | | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDP - Existing Wells | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 3,739 | $ 12,592 | $ 10,297 | $ 7,899 | $ 5,073 | $ 19,943 |
| PUD - New Drills | | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,760 | $ 12,592 | $ 10,297 | $ 7,899 | $ 5,073 | $ 57,621 |
| **TOTAL** | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 25,499 | $ 16,330 | $ 14,036 | $ 11,638 | $ 8,812 | $ 77,564 |

## LEASE OPERATING EXPENSE

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Existing Wells** | | | | | | | | | | | | | |
| SS 153 | 4 st2 | $ - | $ 35.0 | $ 35.0 | $ 35.0 | $ 35.0 | $ 140.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 2,240.0 |
| SS 153 | 2 st2 | $ - | $ 20.0 | $ 20.0 | $ 20.0 | $ 20.0 | $ 80.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 1,280.0 |
| EMPIRE | 1 | $ - | $ 12.8 | $ 12.8 | $ 12.8 | $ 12.8 | $ 51.3 | $ 154.0 | $ 300.0 | $ 300.0 | $ 300.0 | $ 300.0 | $ 1,405.3 |
| **Future PUD Wells** | | | | | | | | | | | | | |
| HI 199 | 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| WC 78 | 1 st 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| SS 154 | 4 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| EC 2 | 1 ST2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Loop Operator | | $ - | $ 20.0 | $ 20.0 | $ 20.0 | $ 20.0 | $ 80.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 1,280.0 |
| **TOTAL** | | $ - | $ 87.8 | $ 87.8 | $ 87.8 | $ 87.8 | $ 351.3 | $ 1,054.0 | $ 1,200.0 | $ 1,200.0 | $ 1,200.0 | $ 1,200.0 | $ 6,205 |

# EXHIBIT 11

VIRGIN OIL COMPANY, INC.

SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES 9/2010-2015

| PRICES ASSUMED Oil Price $ | 70.00 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PROJECTION September 2010-2015 | | | | | | | | |
| | Sept | Oct | Nov | Dec | Total Aug - Dec | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
| Avg Price BL | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| Oil Net BLS (BLS) | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 77,742 | 68,868 | 63,078 | 59,265 | 56,655 | 343,459 |
| Oil & Gas Revenue, net (m$) | $ 307 | $ 318 | $ 307 | $ 318 | $ 1,250 | $ 5,442 | $ 4,821 | $ 4,415 | $ 4,149 | $ 3,987 | $ 24,063 |
| Lease Operating expenses, net (m$) (includes loop operator) | $ 88 | $ 88 | $ 88 | $ 88 | $ 351 | $ 1,054 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 6,205 |
| Sub-total operating expenses (m$) | $ 88 | $ 88 | $ 88 | $ 88 | $ 351 | $ 1,054 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 6,205 |
| Operating cash flow | $ 219 | $ 230 | $ 219 | $ 230 | $ 898 | $ 4,388 | $ 3,621 | $ 3,215 | $ 2,949 | $ 2,787 | $ 17,858 |
| Empire Restricted Account | $ 650 | | | | $ 650 | | | | | | $ 650 |
| Net Cash Flow (m$) | $ 869 | $ 230 | $ 219 | $ 230 | $ 1,548 | $ 4,388 | $ 3,621 | $ 3,215 | $ 2,949 | $ 2,787 | $ 18,508 |
| Capital (m$) | | | | | | | | | | | |
| Capital Expenditures (m$) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIT - Payout | $ - | $ - | $ - | $ - | $ - | $ 250 | $ 100 | $ 679 | $ 1,164 | $ 1,164 | $ 3,357 |
| Trade Debt | | | | | | | | | | | $ - |
| SG&A Expenses: | $ 110 | $ 110 | $ 110 | $ 110 | $ 440 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 | $ 1,320 | $ 7,040 |
| Loan Repayment (Interest Only) | $ - | $ - | $ - | $ - | $ - | $ - | | | | | $ - |
| RLI Bonds | $ - | $ 23 | $ 38 | $ 15 | $ 76 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 1,826 |
| Well Insurance | $ 24 | $ 24 | $ 24 | $ 24 | $ 96 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 1,396 |
| P&A | | $ 415 | $ 169 | $ - | $ 584 | $ 2,034 | $ 1,818 | | | | $ 4,436 |
| Compliance Expenses: | $ 50 | $ 50 | $ 15 | $ 15 | $ 130 | $ 60 | $ 60 | $ 60 | $ 60 | $ 60 | $ 430 |
| Total Non-Operating Expenses | $ 184 | $ 622 | $ 356 | $ 164 | $ 1,326 | $ 4,274 | $ 3,908 | $ 2,669 | $ 3,154 | $ 3,154 | $ 18,485 |
| Total Net Cash Flow: | $ 685 | $ (392) | $ (137) | $ 65 | $ 222 | $ 114 | $ (287) | $ 546 | $ (205) | $ (367) | $ 23 |
| Cumulative Cash Flow YTD | $ 685 | $ 293 | $ 157 | $ 222 | $ 222 | $ 336 | $ 49 | $ 595 | $ 390 | $ 23 | $ 23 |
| Plug and Abandonment: | HI 198 | | VRM 179 | | | WC 494 | | EC 122/104 | | | |

VIRGIN OIL COMPANY, INC.

SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES  9/2010-2015

VIRGIN OIL COMPANY, INC.

**PDP LOCATIONS**
Existing Production Rates

| FIELD | WELL | GWI | NRI | PRODUCING RATE Daily | |
|---|---|---|---|---|---|
| EMPIRE | 1 | 0.531875 | 0.298907 | 67.05 | bls/d |
| SS 153 #A1 st2 | A1 ST 2 | 0.310000 | 0.235956 | 27.37 | bls/d |
| SS 153 #4 st2 | 4 | 0.310000 | 0.235956 | 51.91 | bls/d |
| | | | Daily | 146.33 | |
| | | | Monthly | 4,390 | |

**PUD LOCATIONS**
NEW DRILLING PROGRAM

| FIELD | WELL | GWI | NRI | Initial Rate | INV COST M$ | SPUD START | RESCAT | FIRST PROD |
|---|---|---|---|---|---|---|---|---|
| WC 78 | #1 ST 2 | 0.093300 | 0.0700 | 133.33 bls/d | 1,400 | November-10 | PUD | January-11 |
| | | | Daily | 133.33 | | | | |
| | | | Monthly | 3,999.86 | $ 1,400 | | | |

**Production BLS**

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Production |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | | | | | | | | | | | | | |
| EMPIRE | 1 | - | 2,011 | 2,078 | 2,011 | 2,078 | 8,180 | 24,472 | 24,472 | 24,472 | 24,472 | 24,472 | 130,538 |
| SS 153 | | - | 821 | 848 | 821 | 848 | 3,339 | 9,990 | 9,990 | 9,990 | 9,990 | 9,990 | 53,291 |
| SS 153 | A1 ST 2 | - | 1,557 | 1,609 | 1,557 | 1,609 | 6,333 | 18,947 | 18,947 | 18,947 | 18,947 | 18,947 | 101,069 |
| | | - | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 53,409 | 53,409 | 53,409 | 53,409 | 53,409 | 284,898 |
| NEW DRILLING PROGRAM | | | | | | | | | | | | | |
| WC 78 | 1 ST2 | - | - | - | - | - | - | 24,332 | 15,458 | 9,669 | 5,856 | 3,245 | 58,561 |
| | | - | - | - | - | - | - | 24,332 | 15,458 | 9,669 | 5,856 | 3,245 | 58,561 |
| | | - | 4,390 | 4,536 | 4,390 | 4,536 | 17,852 | 77,742 | 68,868 | 63,078 | 59,265 | 56,655 | 343,459 |

VIRGIN OIL COMPANY, INC.
SCHEDULE OF PROJECTED REVENUES AND LEASE OPERATING EXPENSES  9/2010-2015

Forecast Price  $ 70.00

### WELL REVENUE
**Producing and Future Wells**

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PDP Wells** | | | | | | | | | | | | | |
| EMPIRE | 1 | $ - | $ 140.8 | $ 145.5 | $ 140.8 | $ 145.5 | $ 572.6 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 1,713.0 | $ 9,137.6 |
| SS 153 | 2 ST 2 | $ - | $ 57.5 | $ 59.4 | $ 57.5 | $ 59.4 | $ 233.7 | $ 699.3 | $ 699.3 | $ 699.3 | $ 699.3 | $ 699.3 | $ 3,730.4 |
| SS 153 | 4 st2 | $ - | $ 109.0 | $ 112.6 | $ 109.0 | $ 112.6 | $ 443.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 1,326.3 | $ 7,074.9 |
| **TOTAL** | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 3,738.7 | $ 19,942.9 |
| **New Drills PUD** | | | | | | | | | | | | | |
| WC 78 | 1 ST2 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,703 | $ 1,082 | $ 677 | $ 410 | $ 248 | $ 4,120 |
| **TOTAL** | | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,703 | $ 1,082 | $ 677 | $ 410 | $ 248 | $ 4,120 |

### COMBINED REVENUE

| FIELD | | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDP - Existing Wells | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 3,739 | $ 3,739 | $ 3,739 | $ 3,739 | $ 3,739 | $ 19,943 |
| PUD - New Drills | | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,703 | $ 1,082 | $ 677 | $ 410 | $ 248 | $ 4,120 |
| **TOTAL** | | $ - | $ 307.3 | $ 317.5 | $ 307.3 | $ 317.5 | $ 1,249.6 | $ 5,442 | $ 4,821 | $ 4,415 | $ 4,149 | $ 3,987 | $ 24,063 |

### LEASE OPERATING EXPENSE

| FIELD | WELL | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | 2010 YTD | 2011 | 2012 | 2013 | 2014 | 2015 | Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Existing Wells** | | | | | | | | | | | | | |
| SS 153 | 4 st2 | $ - | $ 35.0 | $ 35.0 | $ 35.0 | $ 35.0 | $ 140.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 420.0 | $ 2,240.0 |
| SS 153 | 2 st2 | $ - | $ 20.0 | $ 20.0 | $ 20.0 | $ 20.0 | $ 80.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 1,280.0 |
| EMPIRE | 1 | $ - | $ 12.8 | $ 12.8 | $ 12.8 | $ 12.8 | $ 51.3 | $ 154.0 | $ 300.0 | $ 300.0 | $ 300.0 | $ 300.0 | $ 1,405.3 |
| **Future PUD Wells** | | | | | | | | | | | | | |
| WC 78 (included in loop oper.) | 1 st2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Loop Operator | | $ - | $ 20.0 | $ 20.0 | $ 20.0 | $ 20.0 | $ 80.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 1,280.0 |
| **TOTAL** | | $ - | $ 87.8 | $ 87.8 | $ 87.8 | $ 87.8 | $ 351.3 | $ 1,054.0 | $ 1,200.0 | $ 1,200.0 | $ 1,200.0 | $ 1,200.0 | $ 6,205 |

7/29/2010 5:01 PM