# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| VIRGIN OIL CO., INC., | * | CASE NO. 09-11899 |
| | * | |
| DEBTOR | * | CH. 11 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF THE EXCLUSIVE PERIOD WITHIN WHICH TO FILE PLAN AND THE PERIOD TO OBTAIN ACCEPTANCE IN ORDER TO MAINTAIN EXCLUSIVE RIGHT TO FILE PLAN

Considering the Motion for Extension of the Exclusive Period Within Which to File Plan and the Period to Obtain Acceptance in Order to Maintain Exclusive Right to File Plan (the "Motion") (Docket No. 223), filed herein by the Debtor, Virgin Oil Co., Inc., the objections raised by various parties, the oral arguments of counsel, the applicable law, and finding cause for refusing to grant the relief requested therein:

**IT IS ORDERED** that the Motion be and is hereby DENIED; and

**IT IS FURTHER ORDERED** that the exclusive periods within which to Debtor has to file a plan of reorganization and gain acceptance be and are hereby TERMINATED as of November 4, 2010;

**IT IS FURTHER ORDERD** that any party that wishes to file a disclosure statement and plan of reorganization with respect to the Debtor must be filed on or before December 31, 2010.

New Orleans, Louisiana, this 16th day of November, 2010.



UNITED STATES BANKRUPTCY JUDGE