# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | * |
| | * |
| VIRGIN OIL CO., INC., | *   CASE NO. 09-11899 |
| | * |
| DEBTOR | *   CH. 11 |
| | * |

## ORDER DENYING APPROVAL OF DEBTOR'S AMENDED DISCLOSURE STATEMENT

A hearing on the Debtor's Amended Disclosure Statement (P-529) was held on November 3, 2010. Parties present included Leo Congeni for Debtor; Benjamin Kadden for the UCC; Brent McIlwain and David Waguespack for CIT Capital USA; Kent Augillard for Precision Drilling, LP; Michael Crawford for Dynamic Energy Services, LLC; Greta Brouphy for Virgin Offshore; Fred Bunol for Specialty Rental Tools and Supply LLC and Sooner Pipe, LLC; Robert Gravolet for the U.S. Trustee; Stephen Williamson for Rotorcraft Leasing Company, LLC; Marston Fowler for Action Oilfield Services; Timothy York for RLI Insurance Company; Omar Kuebel for Lagniappe Productions of Louisiana, LLC; Pamela Huff for Ocean Energy Management; Kristin Wallis for Newpark Mat & Intergrated Services, LLC and Joshua Joyce for U.S. Department of the Interior.

Considering the Amended Disclosure Statement, the objections raised by various parties, the oral arguments of counsel and the applicable law, the Court finds cause for refusing to approve the Amended Disclosure Statement.

New Orleans, Louisiana, this 16th day of November, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE