UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **VIRGIN OIL COMPANY, INC.** | 09-11899 "A" |
| DEBTOR | CHAPTER 11 |

### ORDER CONTINUING HEARING ON APPROVAL OF DISCLOSURE STATEMENT

The Court conducted a status conference in this bankruptcy case on April 15, 2011.

Participating were:

**Brent R. McIlwain and David F. Waguespack**, Counsel for CIT Capital USA, Inc.;
**Leo D. Congeni**, Counsel for Virgin Oil Company, Inc.;
**Douglas S. Draper**, Counsel for Virgin Offshore U.S.A., Inc.;
**Carl Doreʹ, Jr.**, Counsel for Key Energy Services, New Park Environmental Services, LLC, Newpark Mats and Integrated Services, LLC, Weatherford International, Inc., and Wood Group Pressure Control, LP;
**Jacque B. Pucheu, Jr.**, Counsel for Tanner Services, LLC and Industrial and Oilfield Services, Inc.;
**H. Kent Aguillard**, Counsel for Precision Drilling Company, LP;
**Mark Mintz**, Counsel for Superior Energy Services, LLC and HB Rentals, LLC;
**Benjamin Kadden**, Counsel for the Official Committee of Unsecured Creditors;
**Matthew McConnell**, Counsel for Talen's Fuel and Marines, LLC
**George McKean**, Managing Director with the C.I.T. Capital USA, Inc. Entergy Group; and
**Robert Smith**, CEO of Virgin Oil Company, Inc.

As a result of the conference,

**IT IS ORDERED** that counsel file Amended Disclosure Statements and Chapter 11 Plans no later than **5:00 p.m., on May 20, 2011**. Objections to the disclosure statements are to be filed no later than 5:00 p.m., on May 26, 2011.

**IT IS FURTHER ORDERED** that hearing on approval of the Amended Disclosure Statements and any Objections thereto, will be held on **TUESDAY, MAY 31, 2011 at 9:00 AM**, Courtroom B-709, 500 Poydras Street, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that hearing on the Motion for Supplemental Use of Cash Collateral and to Grant Adequate Protection Lien filed by the Debtor **(P-588)** and any continuing Objection, is continued for **THURSDAY, MAY 12, 2011 at 9:00 AM**, Courtroom B-709, 500 Poydras Street, New Orleans, Louisiana. Counsel are to submit proposed budgets no later than 5:00 p.m., on May 10, 2011.

New Orleans, Louisiana, April 18, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge